B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Alexander, David T** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**David Alexander**<br>**David Trent Alexander** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **8435** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**12692 Brookhill Dr**<br>**Colorado Springs, CO**<br>ZIPCODE **80921** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**El Paso** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.)<br>☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>**Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Nature of Business**<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)<br>☑ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9             Recognition of a Foreign<br>☐ Chapter 11            Main Proceeding<br>☐ Chapter 12         ☐ Chapter 15 Petition for<br>☐ Chapter 13            Recognition of a Foreign<br>                              Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer   ☐ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Alexander, David T** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X **/s/ Stephen H. Swift, Esq.**          **10/17/15**<br>　　Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Alexander, David T** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ David T Alexander***
_____     **David T Alexander**
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 17, 2015**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|

**Signature of Attorney***

X ***/s/ Stephen H. Swift, Esq.***
_____
Signature of Attorney for Debtor(s)

**Stephen H. Swift, Esq. 14766
Law Office of Stephen H. Swift, P.C.
733 East Costilla Street
Colorado Springs, CO  80903
(719) 520-0164  Fax: (719) 520-0248
stephen.swift@swiftlaw.net**

**October 17, 2015**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

| Signature of Debtor (Corporation/Partnership) | |
|---|---|

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## District of Colorado

IN RE:                                                                        Case No. _____

**Alexander, David T** _____    Chapter **7** _____

$\qquad$ Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ David T Alexander** _____

Date: **October 17, 2015** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 17082-CO-CC-026354350



17082-CO-CC-026354350

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 12, 2015, at 4:05 o'clock PM MST, DAVID T ALEXANDER received from Summit Financial Education, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Colorado, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   October 12, 2015            By:     /s/Orsolya K Lazar

                                    Name:   Orsolya K Lazar

                                    Title:   Executive Director

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Colorado

IN RE:                                                                Case No. _____

**Alexander, David T** _____        Chapter **7** _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 63,530.00 | **2013 Income from employment** |
| 50,790.00 | **2014 YTD Income from employment** |
| 50,790.00 | **2015 YTD Income from Employment** |

---

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 292.00 | **2013 Taxable refunds** |
| 1,646.00 | **2013 Federal income tax refund** |
| 21.00 | **2013 Colorado State income tax refund** |
| 21.00 | **2014 Taxable refunds** |
| 1,325.00 | **2014 Federal income tax refund** |
| 38.00 | **2014 Colorado State income tax refund** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Bank Of The West** | 08/01/2015 | **1,260.00** | **4,119.00** |
| **1450 Treat Blvd** | 0901/2015 | | |
| **Walnut Creek, CA  94597-2168** | 10/01/2015 | | |

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wells Fargo Bank NA v. David T. Alexander** | **Suit for money damages** | **District Court, El Paso County, Colorado, 270 S Tejon Street, Colorado Springs, CO 80903** | **Case filed and summons served no judgment entered** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Summit Financial Education Inc.**<br>**ATTN:  Customer Service**<br>**4800 E. Flower Street**<br>**Tucson, AZ  85712** | **10/12/2015** | **10.00** |
| **Stephen H. Swift**<br>**733 E. Costilla**<br>**Colorado Springs, CO  80903-0000** | | **2,096.00** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Acme Pawnshop North, Inc.**<br>**3955 N Academy Blvd**<br>**Colorado Springs, CO  80917-5904**<br>**None** | **10/16/15** | **Romanian AK47 value unknown debtor anticipates receiving approximately $400 for this firearm** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.



© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 12692 Brookhill Drive, Colorado Springs, CO 80921 | David Alexander | Aug 2015 to the present |
| 2234 Palm Drive, Colorado Springs, CO 80918 | David Alexander | June 2014 to Aug 2015 |
| 775 Bartlett Street, Castle Rock, CO 80104 | David Alexander | 2013 to 2013 |
| 379 E Allan Street, Castle Rock, CO 80108 | David Alexander | 2012 to 2013 |
| 858 Sundown Drive, Castle Rock, CO 80104 | David Alexander | 2008 to 2013 |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **October 17, 2015**  Signature  ***/s/ David T Alexander***
  of Debtor                                             **David T Alexander**

Date: _____  Signature  _____
  of Joint Debtor
  (if any)

_____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
## District of Colorado

**IN RE:**                                                          Case No. _____

Alexander, David T _____    Chapter **7** _____
                              Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 15,230.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 4,119.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 55,138.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $ 6,954.86 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $ 8,687.50 |
| TOTAL | | 19 | $ 15,230.00 | $ 59,257.00 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
### District of Colorado

IN RE:                                               Case No. _____

**Alexander, David T** _____ Chapter **7** _____

Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 6,954.86 |
| Average Expenses (from Schedule J, Line 22) | $ 8,687.50 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ 11,194.49 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 55,138.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 55,138.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6A (Official Form 6A) (12/07)**

IN RE **Alexander, David T** _____   Case No. _____
 Debtor(s)                                                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | | | |
| | | **TOTAL** | 0.00 | |
| | | | (Report also on Summary of Schedules) | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Alexander, David T** _____   Case No. _____
_____
Debtor(s)                                                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Public Service Federal Credit Union 4750 Granby Cir Colorado Springs, CO 80919 Checking Account** | | 25.00 |
| | | **Public Service Federal Credit Union 4750 Granby Cir Colorado Springs, CO 80919 Savings Account** | | 25.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Bedroom set, dining room set, washer, dryer, refrigerator, dishwasher, pots and pans, glassware, vacuum cleaner, stereo, television, DVD player, coffee table, linens, living room set, small knick knacks, stove, freezer, microwave, silverware,computer, sewing machine, plants, radio, VCR, recliner, end table, lamps** | | 1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing for two people** | | 200.00 |
| 7.  Furs and jewelry. | | **Jewelry** | | 100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Alexander, David T** _____ Case No. _____
<table>
<tr><td>Debtor(s)</td><td>(If known)</td></tr>
</table>

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401 k account held by Citibank** | | 2,880.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Ford F-250 Super Duty Crew Cab**<br>**Mechanical Defects - None**<br>**Cosmetic Defects - None**<br>**Custom Equipment - None**<br>**Professional appraisal from Phil Long Ford used to determine value** | | 11,000.00 |
| 26. Boats, motors, and accessories. | X | | | |

**B6B (Official Form 6B) (12/07) - Cont.**

**IN RE** Alexander, David T _____  Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **15,230.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____  **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)

IN RE **Alexander, David T** _____   Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Public Service Federal Credit Union 4750 Granby Cir Colorado Springs, CO 80919 Checking Account** | **Colo. Rev. Stat. §§5-5-105, 13-54-104** | **75%** | **25.00** |
| **Public Service Federal Credit Union 4750 Granby Cir Colorado Springs, CO 80919 Savings Account** | **Colo. Rev. Stat. §§5-5-105, 13-54-104** | **75%** | **25.00** |
| **Bedroom set, dining room set, washer, dryer, refrigerator, dishwasher, pots and pans, glassware, vacuum cleaner, stereo, television, DVD player, coffee table, linens, living room set, small knick knacks, stove, freezer, microwave, silverware,computer, sewing machine, plants, radio, VCR, recliner, end table, lamps** | **Colo. Rev. Stat. § 13-54-102(1)(e)** | **1,000.00** | **1,000.00** |
| **Clothing for two people** | **Colo. Rev. Stat. § 13-54-102(1)(a)** | **200.00** | **200.00** |
| **Jewelry** | **Colo. Rev. Stat. § 13-54-102(1)(b)** | **100.00** | **100.00** |
| **401 k account held by Citibank** | **11 U.S.C. 522(b)(3)(C)** | **2,880.00** | **2,880.00** |
| **2005 Ford F-250 Super Duty Crew Cab Mechanical Defects - None Cosmetic Defects - None Custom Equipment - None Professional appraisal from Phil Long Ford used to determine value** | **Colo. Rev. Stat. § 13-54-102(1)(j)(I)** | **7,500.00** | **11,000.00** |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07)**

IN RE **Alexander, David T** _____  Case No. _____
            Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3024**<br><br>**Bank Of The West**<br>**2527 Camino Ramon**<br>**San Ramon, CA  94583** | | H | **INSTALLMENT ACCOUNT OPENED 1/2011**<br>**Chattel mortgage on 2005 Ford F-250**<br><br>VALUE $ **11,000.00** | | | | 4,119.00 | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

**0** continuation sheets attached

| | Subtotal<br>(Total of this page) | $ | **4,119.00** | $ |
|---|---|---|---|---|
| | Total<br>(Use only on last page) | $ | **4,119.00** | $ |

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE **Alexander, David T** _____   Case No. _____
  Debtor(s)                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

IN RE **Alexander, David T** _____ Case No. _____
                    Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6085**<br><br>**Bc Services Inc<br>Po Box 1176<br>Longmont, CO  80502** | | H | **OPEN ACCOUNT OPENED 2/2015** | | | | **814.00** |
| ACCOUNT NO.<br><br>**Castle Rock Fire And Rescue<br>300 Perry St<br>Castle Rock, CO  80104-2421** | | | **Assignee or other notification for:<br>Bc Services Inc** | | | | |
| ACCOUNT NO. **5345**<br><br>**Brand Source/citi Cbna<br>50 Northwest Point Road<br>Elk Grove Village, IL  60007** | | H | **REVOLVING ACCOUNT OPENED 4/2014** | | | | **1,411.00** |
| ACCOUNT NO.<br><br>**Cap One<br>Po Box 5253<br>Carol Stream, IL  60197** | | | **12/31/14 Credit Card Account** | | | | **9,800.00** |

___**2**___ continuation sheets attached

Subtotal              
(Total of this page)  $  **12,025.00**

Total             
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **Alexander, David T** _____  Case No. _____
              Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cap One<br>PO Box 85015<br>Richmond, VA  23285-5015** | | | Assignee or other notification for:<br>Cap One | | | | |
| ACCOUNT NO.<br>**Cap One<br>PO Box 30281<br>Salt Lake City, UT  84130-0281** | | | Assignee or other notification for:<br>Cap One | | | | |
| ACCOUNT NO.<br>**Compass Health<br>2805 Dublin Blvd<br>Colorado Springs, CO  80918-1662** | | | Open account | | | | **600.00** |
| ACCOUNT NO. **5603**<br>**Credit Service Co<br>Po Box 1120<br>Colorado Springs, CO  80901** | | H | OPEN ACCOUNT OPENED 2/2015 | | | | **3,386.00** |
| ACCOUNT NO.<br>**Peak View Behavioral Health<br>7353 Sisters Grv<br>Colorado Springs, CO  80923-2615** | | | Assignee or other notification for:<br>Credit Service Co | | | | |
| ACCOUNT NO.<br>**Front Range Em Specialists<br>PO Box 88087<br>Chicago, IL  60680-1087** | | | Open account | | | | **103.00** |
| ACCOUNT NO. **0980**<br>**Medicredit, Inc<br>Po Box 411187<br>Saint Louis, MO  63141** | | H | OPEN ACCOUNT OPENED 4/2015 | | | | **50.00** |

Sheet no. __**1**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                              Subtotal
                               (Total of this page) $ **4,139.00**

                                              Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Alexander, David T

_____  Case No. _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Castle Rock Adventist Hospital**<br>**2350 Meadows Blvd**<br>**Castle Rock, CO  80109-8405** | | | **Assignee or other notification for:**<br>**Medicredit, Inc** | | | | |
| ACCOUNT NO.<br>**Penrose**<br>**PO Box 910506**<br>**Denver, CO  80291-0506** | | | **Open account** | | | | **781.00** |
| ACCOUNT NO. **0001**<br>**Toyota Financial Servi**<br>**401 Carlson Pkwy Ste 125**<br>**Minnetonka, MN  55305** | X | H | **INSTALLMENT ACCOUNT OPENED 11/2012**<br>**Chattel mortgage on ex-wife's vehicle** | | | | **13,767.00** |
| ACCOUNT NO. **1903**<br>**Wells Fargo**<br>**Credit Bureau Dispute Resolut**<br>**Des Moines, IA  50306** | | H | **REVOLVING ACCOUNT OPENED 5/2004** | | | | **22,957.00** |
| ACCOUNT NO.<br>**Miller Cohen Peterson Young PC**<br>**Attorneys For Wells Fargo Bank NA**<br>**PO Box 1259**<br>**Longmont, CO  80502-1259** | | | **Assignee or other notification for:**<br>**Wells Fargo** | | | | |
| ACCOUNT NO.<br>**Clerk Of The Combined Court**<br>**Re Wells Fargo Bank V. David Alexander**<br>**270 S Tejon St**<br>**Colorado Springs, CO  80903-2203** | | | **Assignee or other notification for:**<br>**Wells Fargo** | | | | |
| ACCOUNT NO. **8578**<br>**Wells Fargo**<br>**Credit Bureau Dispute Resolut**<br>**Des Moines, IA  50306** | | H | **REVOLVING ACCOUNT OPENED 9/2006** | | | | **1,469.00** |

Sheet no. ___**2**___ of ___**2**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **38,974.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **55,138.00**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6G (Official Form 6G) (12/07)**

IN RE __Alexander, David T_____          Case No. _____
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

　　Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

IN RE <u>Alexander, David T</u>                                             Case No. _____
               Debtor(s)                                                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michelle Alexander**<br>**858 Sundown Dr**<br>**Castle Rock, CO  80104-3217** | **Toyota Financial Servi**<br>**401 Carlson Pkwy Ste 125**<br>**Minnetonka, MN  55305** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1  **David T Alexander** _____
First Name                Middle Name              Last Name

Debtor 2 _____
(Spouse, if filing)  First Name              Middle Name              Last Name

United States Bankruptcy Court for the: District of Colorado

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:
_____
MM / DD / YYYY

**Official Form 6I**

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | Construction Manager | |
| Employer's name | Pauley Construction | Century Link |
| Employer's address | 2041 W Adobe Dr<br>Number  Street | PO Box 29040<br>Number  Street |
| | Phoenix, AZ  85027-0000<br>City      State   ZIP Code | Phoenix, AZ  85038-9040<br>City      State   ZIP Code |
| How long employed there? | 10 years | |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ 5,792.02 | $ 5,016.58 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  $ 5,792.02 | $ 5,016.58 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1  **David T Alexander** _____  Case number *(if known)* _____
First Name  Middle Name  Last Name

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .................................................................. ➔ 4. | | $  5,792.02 | $  5,016.58 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $  1,193.75 | $  1,246.22 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $  0.00 | $  0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $  0.00 | $  0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $  0.00 | $  0.00 |
| 5e. **Insurance** | 5e. | $  0.00 | $  0.00 |
| 5f. **Domestic support obligations** | 5f. | $  0.00 | $  0.00 |
| 5g. **Union dues** | 5g. | $  0.00 | $  0.00 |
| 5h. **Other deductions.** Specify: __See Schedule Attached__ | 5h. | + $  1,046.98 | + $  366.80 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $  2,240.73 | $  1,613.01 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $  3,551.29 | $  3,403.57 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $  0.00 | $  0.00 |
| 8b. **Interest and dividends** | 8b. | $  0.00 | $  0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $  0.00 | $  0.00 |
| 8d. **Unemployment compensation** | 8d. | $  0.00 | $  0.00 |
| 8e. **Social Security** | 8e. | $  0.00 | $  0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $  0.00 | $  0.00 |
| 8g. **Pension or retirement income** | 8g. | $  0.00 | $  0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $  0.00 | + $  0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $  0.00 | $  0.00 |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10.  $  3,551.29  +  $  3,403.57  =  $  6,954.86

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____  11. + $  0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies  12.  $  6,954.86
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:  None

**IN RE** Alexander, David T _____ Case No. _____

Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: | | |
| **Dental** | **23.23** | **19.13** |
| **Medical** | **122.94** | **103.89** |
| **AD&D** | **0.30** | **0.00** |
| **Life** | **4.51** | **0.00** |
| **Wage Agreement** | **896.00** | **0.00** |
| **401 K** | **0.00** | **200.35** |
| **Medical FSA** | **0.00** | **40.24** |
| **Vision** | **0.00** | **3.19** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1 ___David T Alexander_____
        First Name        Middle Name        Last Name

Debtor 2 _____
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: District of Colorado

Case number _____
(If known)

**Check if this is:**

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

**Official Form 6J**

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

☑ No.  Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**
    ☐ No
    ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 6 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

4. $ ___1,617.00___

If not included in line 4:

4a. Real estate taxes           4a. $ ___0.00___

4b. Property, homeowner's, or renter's insurance     4b. $ ___0.00___

4c. Home maintenance, repair, and upkeep expenses   4c. $ ___100.00___

4d. Homeowner's association or condominium dues   4d. $ ___0.00___

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1   **David T Alexander** _____ _____ _____      Case number *(if known)*_____
            First Name        Middle Name        Last Name

|  | | Your expenses |
|---|---|---|

| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $_____0.00_____ |
|---|---|---|---|
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $_____300.00_____ |
| 6b. | Water, sewer, garbage collection | 6b. | $_____100.00_____ |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____280.00_____ |
| 6d. | Other. Specify: __Garbage Removal_____ | 6d. | $_____23.00_____ |
| 7. | **Food and housekeeping supplies** | 7. | $_____537.00_____ |
| 8. | **Childcare and children's education costs** | 8. | $_____787.50_____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $_____162.00_____ |
| 10. | **Personal care products and services** | 10. | $_____55.00_____ |
| 11. | **Medical and dental expenses** | 11. | $_____120.00_____ |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____236.00_____ |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____100.00_____ |
| 14. | **Charitable contributions and religious donations** | 14. | $_____0.00_____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $_____0.00_____ |
| 15b. | Health insurance | 15b. | $_____0.00_____ |
| 15c. | Vehicle insurance | 15c. | $_____105.00_____ |
| 15d. | Other insurance. Specify:_____ | 15d. | $_____0.00_____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: __See Schedule Attached_____ | 16. | $_____26.00_____ |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $_____420.00_____ |
| 17b. | Car payments for Vehicle 2 | 17b. | $_____0.00_____ |
| 17c. | Other. Specify:_____ | 17c. | $_____0.00_____ |
| 17d. | Other. Specify:_____ | 17d. | $_____0.00_____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. | $_____1,771.00_____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $_____0.00_____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. | Mortgages on other property | 20a. | $_____0.00_____ |
| 20b. | Real estate taxes | 20b. | $_____0.00_____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $_____0.00_____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $_____0.00_____ |
| 20e. | Homeowner's association or condominium dues | 20e. | $_____0.00_____ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    **David T Alexander** _____    Case number *(if known)* _____
           First Name    Middle Name    Last Name

---

21.  **Other**. Specify: __See Schedule Attached_____    21.  +$        1,948.00

22.  **Your monthly expenses.** Add lines 4 through 21.              22.  $        8,687.50
     The result is your monthly expenses.

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $        6,954.86

     23b.  Copy your monthly expenses from line 22 above.    23b.  − $        8,687.50

     23c.  Subtract your monthly expenses from your monthly income.    23c.  $        -1,732.64
           The result is your *monthly net income*.

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☐  No.
     ☑  Yes.    **Debtor's wife is pregnant and is expecting for March 2016.  The debtor's household will increase to 3 in 2016.  Debtor has a modification hearing pending in the domestic court.  He is requesting equal time with his 2 children.**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Alexander, David T** _____   Case No. _____
Debtor(s)

### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Continuation Sheet - Page 1 of 1**

Taxes (DEBTOR)

| | |
|---|---:|
| **Personal Property $182** | **15.00** |
| **Annual Tax Preparation $135** | **11.00** |

Other Expenses (DEBTOR)

| | |
|---|---:|
| **Housekeeping Supplies** | **66.00** |
| **Misc** | **209.00** |
| **Wifes Credit Cards** | **352.00** |
| **Wifes Car Payment** | **458.00** |
| **Wifes Motorcycle Loan** | **350.00** |
| **Wifes Consolidation Loan** | **213.00** |
| **Domestic Relations Attorney** | **300.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Alexander, David T            Case No. _____
                       Debtor(s)                                   (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **21** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 17, 2015** _____ Signature: ***/s/ David T Alexander***_____
                                           **David T Alexander**                       Debtor

Date: _____ Signature: _____
                                                        (Joint Debtor, if any)
                                              [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____      _____
Signature of Bankruptcy Petition Preparer                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____

_____
                                               (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1 **David T Alexander**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: **District of Colorado**

Case number _____
(If known)

**Check one box only as directed in this form and in Form 22A-1Supp:**

☐ 1. There is no presumption of abuse.

☑ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 22A—1

# Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

## Part 1:  Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☑ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☑ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 5,792.02 | $ 5,402.47 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | | |
|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | |
| Ordinary and necessary operating expenses | – $ 0.00 | |
| Net monthly income from a business, profession, or farm | $ 0.00  Copy here➡ | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | | |
|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | |
| Ordinary and necessary operating expenses | – $ 0.00 | |
| Net monthly income from rental or other real property | $ 0.00  Copy here➡ | $ 0.00 | $ 0.00 |

| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
|---|---|---|

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    **David T Alexander** _____

First Name    Middle Name    Last Name      Case number *(if known)*_____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $_____0.00 | $_____0.00 |

     Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .......................... ⬇

     For you ....................................................... $_____0.00

     For your spouse........................................... $_____0.00

| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $_____0.00 | $_____0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount.
     Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| | | |
|---|---|---|
| 10a. _____ | $_____ | $_____ |
| 10b. _____ | $_____ | $_____ |
| 10c. Total amounts from separate pages, if any. | +$_____0.00 | +$_____0.00 |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

     $ **5,792.02**   +   $ **5,402.47**   =   $ **11,194.49**

                                                      Total current monthly income

---

**Part 2:**    Determine Whether the Means Test Applies to You

---

12. **Calculate your current monthly income for the year.** Follow these steps:

     12a.   Copy your total current monthly income from line 11........................................................... Copy line 11 here➜12a.   $ **11,194.49**

            Multiply by 12 (the number of months in a year).                   **x  12**

     12b.   The result is your annual income for this part of the form.       12b.   $ **134,333.88**

13. **Calculate the median family income that applies to you.** Follow these steps:

     Fill in the state in which you live.      **Colorado**

     Fill in the number of people in your household.      **3**

     Fill in the median family income for your state and size of household. ...............................................13.   $ **71,976.00**

     To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

     14a. ☐   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

     14b. ☑   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A-2.

---

**Part 3:**    Sign Below

---

     By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

     ✖ */s/ David T Alexander* _____      ✖ _____

       Signature of Debtor 1                                   Signature of Debtor 2

     Date **October 17, 2015**          Date _____
         MM / DD  / YYYY                           MM / DD  / YYYY

     If you checked line 14a, do NOT fill out or file Form 22A-2.

     If you checked line 14b, fill out Form 22A-2 and file it with this form.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1     **David T Alexander**
             First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name              Last Name

United States Bankruptcy Court for the: **District of Colorado**

Case number _____
(if known)

Check the appropriate box as directed in lines 40 or 42:

According to the calculations required by this Statement:

☑ 1. There is no presumption of abuse.

☐ 2. There is a presumption of abuse.

☐ Check if this is an amended filing

## Official Form 22A–2
## Chapter 7 Means Test Calculation                                    12/14

To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Determine Your Adjusted Income |
|---|---|

1. Copy your total current monthly income. .................................................Copy line 11 from Official Form 22A-1 here ➜ ............1.     $  **11,194.49**

2. **Did you fill out Column B in Part 1 of Form 22A–1?**

   ☐ No. Fill in $0 on line 3d.

   ☑ Yes. Is your spouse filing with you?

      ☑ No. Go to line 3.

      ☐ Yes. Fill in $0 on line 3d.

3. **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

   On line 11, Column B of Form 22A–1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

   ☐ No. Fill in 0 on line 3d.

   ☑ Yes. Fill in the information below:

   | State each purpose for which the income was used. For example, the income is used to pay your spouse's tax debt or to support people other than you or your dependents | Fill in the amount you are subtracting from your spouse's income |
   |---|---|
   | 3a. **Paycheck deductions** | $  **1,737.08** |
   | 3b. **Chattel mortgage on Vehicle** | $  **458.00** |
   | 3c. **See Continuation Sheet** | + $  **1,967.00** |
   | 3d. **Total.** Add lines 3a, 3b, and 3c. ................................. | $  **4,162.08** |

   Copy total here ➜ ........3d.   — $ **4,162.08**

4. **Adjust your current monthly income.** Subtract line 3d from line 1.     $ **7,032.41**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    __David T Alexander_____      Case number (if known)_____ _____
            First Name    Middle Name    Last Name

| Part 2: | Calculate Your Deductions from Your Income |
|---------|---------------------------------------------|

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted from your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from income in lines 5 and 6 of Form 22A–1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the form refers to *you*, it means both you and your spouse if Column B of Form 22A–1 is filled in.

5.  **The number of people used in determining your deductions from income**

    Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

    | 3 |
    |---|

| **National Standards** | You must use the IRS National Standards to answer the questions in lines 6-7. |
|------------------------|------------------------------------------------------------------------------|

6.  **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.                        $ __1,249.00__

7.  **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

| People who are under 65 years of age |
|--------------------------------------|

7a.  Out-of-pocket health care allowance per person         $ ____60.00__

7b.  Number of people who are under 65                      X ____3____

7c.  **Subtotal.** Multiply line 7a by line 7b.             $ ___180.00__   Copy line 7c here ➔ ....... $ ___180.00__

| People who are 65 years of age or older |
|-----------------------------------------|

7d.  Out-of-pocket health care allowance per person         $ ___144.00__

7e.  Number of people who are 65 or older                   X ____0____

7f.  **Subtotal.** Multiply line 7d by line 7e.             $ _____0.00__   Copy line 7f here ➔ ...... + $ _____0.00__

7g.  **Total.** Add lines 7c and 7f............................................................        $ ___180.00__   Copy total here ➔ .................. 7g. | $ ___180.00__ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Debtor 1 | **David T Alexander** | Case number (*if known*)_____ |
|---|---|---|
| | First Name      Middle Name      Last Name | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Local Standards** | You must use the IRS Local Standards to answer the questions in lines 8-15. |
|---|---|

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

- Housing and utilities – Insurance and operating expenses
- Housing and utilities – Mortgage or rent expenses

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8. **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.                                                                                              $_____**521.00**

9. **Housing and utilities – Mortgage or rent expenses:**

   9a.  Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.                                    9a.   $____**1,355.00**

   9b.  Total average monthly payment for all mortgages and other debts secured by your home.

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | + $_____ |

   9b. Total average monthly payment     $_____**0.00**   Copy line 9b here ➔   − $_____**0.00**   Repeat this amount on line 33a.

   9c.  Net mortgage or rent expense.
   Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this amount is less than $0, enter $0.       9c.   $____**1,355.00**   Copy line 9c here ➔   $____**1,355.00**

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**                                         $_____**0.00**

    Explain why:

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

    ☐ 0. Go to line 14.
    ☑ 1. Go to line 12.
    ☐ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.                        $_____**436.00**

| Debtor 1 | **David T Alexander**_____ | | Case number *(if known)*_____ _____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

| Vehicle 1 | Describe Vehicle 1: | **INSTALLMENT ACCOUNT OPENED 1/2011**_____ |
|---|---|---|
| | | _____ |

13a. Ownership or leasing costs using IRS Local Standard          13a.   $_____**517.00**

13b. Average monthly payment for all debts secured by Vehicle 1.
Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| **Bank Of The West**_____ | $_____**70.00** |

Copy 13b here ➡  — $_____**70.00**    Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. If this amount is less than $0, enter $0.          13c.   $____**447.00**

**Copy net Vehicle 1 expense here** ..... ➡   $____**447.00**

| Vehicle 2 | Describe Vehicle 2: | _____ |
|---|---|---|
| | | _____ |

13d. Ownership or leasing costs using IRS Local Standard          13d.   $_____**0.00**

13e. Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| _____ | $_____**0.00** |

Copy 13e here ➡  — $_____**0.00**    Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. If this amount is less than $0, enter $0.          13f.   $_____**0.00**

**Copy net Vehicle 2 expense here** ..... ➡   $_____**0.00**

14. **Public transportation expense**: If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.          $_____**0.00**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation.*          $_____**0.00**

Debtor 1    **David T Alexander** _____     Case number (*if known*)_____ _____
First Name     Middle Name     Last Name

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16. **Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.    $ 1,219.75

     Do not include real estate, sales, or use taxes.

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

     Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.    $ 0.00

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.    $ 4.51

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

     Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.    $ 2,667.00

20. **Education:** The total monthly amount that you pay for education that is either required:
   - as a condition for your job, or
   - for your physically or mentally challenged dependent child if no public education is available for similar services.    $ 0.00

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.

     Do not include payments for any elementary or secondary school education.    $ 787.50

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
     Payments for health insurance or health savings accounts should be listed only in line 25.    $ 120.00

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.    + $ 80.00

     Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 22A-1, or any amount you previously deducted.

24. **Add all of the expenses allowed under the IRS expense allowances.**
     Add lines 6 through 23.      $9,066.76

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Debtor 1 | **David T Alexander** | | Case number (*if known*)_____ _____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. |
|---|---|
| | *Note*: Do not include any expense allowances listed in lines 6-24. |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| Health insurance | | $ | 146.17 | | |
|---|---|---|---|---|---|
| Disability insurance | | $ | 0.30 | | |
| Health savings account | + | $ | 0.00 | | |
| Total | | $ | 146.47 | Copy total here ➡ ................................. | $ 146.47 |

Do you actually spend this total amount?

☐ No. How much do you actually spend?          $ _____0.00
☑ Yes

26. **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.          $ 0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.          $ 0.00

By law, the court must keep the nature of these expenses confidential.

28. **Additional home energy costs.** Your home energy costs are included in your non-mortgage housing and utilities allowance on line 8.

If you believe that you have home energy costs that are more than the home energy costs included in the non-mortgage housing and utilities allowance, then fill in the excess amount of home energy costs.          $ 0.00

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $156.25* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.          $ 0.00

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

*  Subject to adjustment on 4/01/16, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.          $ 0.00

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2).          $ 0.00

32. **Add all of the additional expense deductions.**          $ 146.47

Add lines 25 through 31.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    **David T Alexander** _____      Case number (if known)_____ _____
         First Name      Middle Name      Last Name

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33g.**

    To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

|  |  | Average monthly payment |
|--|--|--|
| | Mortgages on your home: | |
| 33a. | Copy line 9b here ....................................................................➔ | $_____0.00 |
| | Loans on your first two vehicles: | |
| 33b. | Copy line 13b here. .................................................................➔ | $_____70.00 |
| 33c. | Copy line 13e here. .................................................................➔ | $_____0.00 |

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| 33d. **Bank Of The West**_____ | **Automobile (1)**_____ | ☑ No  ☐ Yes | $_____70.00 |
| 33e._____ | _____ | ☐ No  ☐ Yes | $_____ |
| 33f._____ | _____ | ☐ No  ☐ Yes | + $_____ |

33g. Total average monthly payment. Add lines 33a through 33f. ..............................    $_____70.00    Copy total here ➔    $_____70.00

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

    ☑ No. Go to line 35.
    ☐ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| _____ | _____ | $_____ ÷ 60 = | | $_____ |
| _____ | _____ | $_____ ÷ 60 = | | $_____ |
| _____ | _____ | $_____ ÷ 60 = | | + $_____ |
| | | Total | $_____0.00 | Copy total here ➔   $_____0.00 |

35. **Do you owe any priority claims such as a priority tax, child support, or alimony — that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

    ☑ No. Go to line 36.
    ☐ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

    Total amount of all past-due priority claims ..........................................    $_____0.00  ÷ 60 =   $_____0.00

---

| Debtor 1 | **David T Alexander** | | Case number *(if known)*_____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**36. Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).

For more information, go online using the link for *Bankruptcy Basics* specified in the separate instructions for this form. *Bankruptcy Basics* may also be available at the bankruptcy clerk's office.

☑ No. Go to line 37.

☐ Yes. Fill in the following information.

| | | |
|---|---|---|
| Projected monthly plan payment if you were filing under Chapter 13 | $_____ | |
| Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts). | x  _____ | |
| To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office. | | |
| Average monthly administrative expense if you were filing under Chapter 13 | $_____ **Copy total here ➤** | $_____ |

**37. Add all of the deductions for debt payment.**
Add lines 33g through 36.

$ **70.00**

**Total Deductions from Income**

**38. Add all of the allowed deductions.**

| | | |
|---|---|---|
| Copy line 24, *All of the expenses allowed under IRS expense allowances*................................................ | $_____ **9,066.76** | |
| Copy line 32, *All of the additional expense deductions*......... | $_____ **146.47** | |
| Copy line 37, *All of the deductions for debt payment*............ | +$_____ **70.00** | |
| Total deductions | $_____ **9,283.23** **Copy total here ➤** | $ **9,283.23** |

**Part 3: Determine Whether There Is a Presumption of Abuse**

**39. Calculate monthly disposable income for 60 months**

| | | | |
|---|---|---|---|
| 39a. | Copy line 4, *adjusted current monthly income*..... | $ **7,032.41** | |
| 39b. | Copy line 38, *Total deductions*......... | − $ **9,283.23** | |
| 39c. | Monthly disposable income. 11 U.S.C. § 707(b)(2). Subtract line 39b from line 39a. | $ **0.00** **Copy line 39c here ➤** | $ **0.00** |
| | For the next 60 months (5 years) ................................................ | x 60 | |
| 39d. | **Total**. Multiply line 39c by 60. ...................................... 39d. | $ **0.00** **Copy line 39d here ➤** | $ **0.00** |

**40. Find out whether there is a presumption of abuse.** Check the box that applies:

☑ **The line 39d is less than $7,475\***. On the top of page 1 of this form, check box 1, *There is no presumption of abuse*. Go to Part 5.

☐ **The line 39d is more than $12,475\***. On the top of page 1 of this form, check box 2, *There is a presumption of abuse*. You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

☐ **The line 39d is at least $7,475\*, but not more than $12,475\***. Go to line 41.

\* Subject to adjustment on 4/01/16, and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1    **David T Alexander** _____
      First Name     Middle Name     Last Name

Case number (*if known*)_____ _____

---

41.  41a. **Fill in the amount of your total nonpriority unsecured debt.** If you filled out *A Summary of Your Assets and Liabilities and Certain Statistical Information Schedules* (Official Form 6), you may refer to line 5 on that form.

41a.  $ _____

x  .25

    41b. **25% of your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I)
        Multiply line 41a by 0.25.

$ _____    Copy here ➤    $ _____

42. **Determine whether the income you have left over after subtracting all allowed deductions is enough to pay 25% of your unsecured, nonpriority debt.**

Check the box that applies:

☐ **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

☐ **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

---

**Part 4:**  Give Details About Special Circumstances

---

43. **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

☐ No.  Go to Part 5.

☑ Yes. Fill in the following information. All figures should reflect your average monthly expense or income adjustment for each item. You may include expenses you listed in line 25.

You must give a detailed explanation of the special circumstances that make the expenses or income adjustments necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
| --- | --- |
| **Chapter 13 Fees & Expenses $5000 divided by 60** | $ 83.00 |
| **Domestic Relations Attorney** | $ 300.00 |
| **Wifes Car Payment** | $ 458.00 |
| **See Continuation Sheet** | $ 915.00 |

---

**Part 5:**  Sign Below

---

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✖ */s/ David T Alexander* _____
    Signature of Debtor 1

✖ _____
    Signature of Debtor 2

Date **October 17, 2015**
    MM / DD  / YYYY

Date _____
    MM / DD  / YYYY

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Alexander, David T** _____ Case No. _____
Debtor(s)

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
### Continuation Sheet - Marital adjustment

| Description | Amount |
| --- | --- |
| **Chattel mortgage on vehicle** | **350.00** |
| **Mortgage on residence** | **1,617.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Alexander, David T** _____  Case No. _____
Debtor(s)

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
### Continuation Sheet - Other Expenses

| Expense Description | Monthly Amount |
|---|---|
| **Wifes Consolidation Loan** | **213.00** |
| **Wifes Credit Cards** | **352.00** |
| **Wifes Motorcycle Payment** | **350.00** |

FB 201A (Form 201A) (06/14)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Colorado

**IN RE:**                                                    Case No. _____

**Alexander, David T** _____   Chapter **7** _____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer   petition preparer is not an individual, state
Address:                                                    the Social Security number of the officer,
_____          principal, responsible person, or partner of
_____          the bankruptcy petition preparer.)
                                                            (Required by 11 U.S.C. § 110.)
**X**_____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Alexander, David T**_____    **X** */s/ David T Alexander*_____   10/17/2015
Printed Name(s) of Debtor(s)                      Signature of Debtor                          Date

Case No. (if known) _____      **X**_____
                                                  Signature of Joint Debtor (if any)            Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                            Case No. _____

Alexander, David T _____   Chapter **7** _____
                        Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **October 17, 2015** _____   Signature: **/s/ David T Alexander** _____
                                                      **David T Alexander**                        Debtor


Date: _____   Signature: _____
                                                                              Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Bank Of The West
2527 Camino Ramon
San Ramon, CA  94583


Bc Services Inc
Po Box 1176
Longmont, CO  80502


Brand Source/citi Cbna
50 Northwest Point Road
Elk Grove Village, IL  60007


Cap One
Po Box 5253
Carol Stream, IL  60197


Cap One
PO Box 85015
Richmond, VA  23285-5015


Cap One
PO Box 30281
Salt Lake City, UT  84130-0281


Castle Rock Adventist Hospital
2350 Meadows Blvd
Castle Rock, CO  80109-8405


Castle Rock Fire And Rescue
300 Perry St
Castle Rock, CO  80104-2421

Clerk Of The Combined Court
Re Wells Fargo Bank V. David Alexander
270 S Tejon St
Colorado Springs, CO  80903-2203


Compass Health
2805 Dublin Blvd
Colorado Springs, CO  80918-1662


Credit Service Co
Po Box 1120
Colorado Springs, CO  80901


Front Range Em Specialists
PO Box 88087
Chicago, IL  60680-1087


Medicredit, Inc
Po Box 411187
Saint Louis, MO  63141


Michelle Alexander
858 Sundown Dr
Castle Rock, CO  80104-3217


Miller Cohen Peterson Young PC
Attorneys For Wells Fargo Bank NA
PO Box 1259
Longmont, CO  80502-1259


Peak View Behavioral Health
7353 Sisters Grv
Colorado Springs, CO  80923-2615

```
Penrose
PO Box 910506
Denver, CO  80291-0506



Toyota Financial Servi
401 Carlson Pkwy Ste 125
Minnetonka, MN  55305



Wells Fargo
Credit Bureau Dispute Resolut
Des Moines, IA  50306
```



**Earnings  Statement**

008-0001

PAULEY  CONSTRUCTION  INC
2021  W  MELINDA  LANE
PHOENIX,  AZ  85027
(623)581-1200

| | |
|---|---|
| Period  Beginning: | 09/06/2015 |
| Period  Ending: | 09/12/2015 |
| Pay  Date: | 09/18/2015 |

Taxable  Marital  Status:  Married
Exemptions/Allowances:
  Federal:     2
  CO:        2

**COPY**

**DAVID  ALEXANDER**
**2234  PALM  DRIVE**
**COLORADO  SPRINGS  CO  80918**

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 33.4200 | 32.00 | 1,069.44 | 47,582.58 |
| Holiday | 33.4200 | 8.00 | 267.36 | 1,336.60 |
| Paid  Time  Off | | | | 1,336.55 |
| Vacation  Pay | | | | 534.62 |
| **Gross  Pay** | | | **$1,336.80** | 50,790.35 |

| Other  Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Total  Hrs  Wrkd | 40.00 | 1,432.00 |
| Employee  Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 85.47 | 40.00 | 45.47 |
| Float | 8.00 | 0.00 | 8.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -129.83 | 4,932.67 |
| | Social  Security  Tax | -80.79 | 3,069.53 |
| | Medicare  Tax | -18.89 | 717.87 |
| | CO  State  Income  Tax | -46.00 | 1,748.00 |
| | **Other** | | |
| | Dnt  High  Ee | -5.36* | 203.68 |
| | Med  Plan  2  Ee | -28.37* | 1,078.06 |
| | Sup  Ad&D | -0.07 | 2.66 |
| | Sup  Life  Ee | -1.04 | 39.52 |
| | Wage  Agreement | -413.54 | 4,962.48 |
| | **Net  Pay** | **$612.91** | |
| | Checking  1 | -612.91 | |
| | **Net  Check** | **$0.00** | |

**\*  Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$1,303.07

© 2000 A.DP., LLC



PAULEY  CONSTRUCTION  INC
2021  W  MELINDA  LANE
PHOENIX,  AZ  85027
(623)581 -1200

| Advice  number: | 00000380005 |
|---|---|
| Pay  date: | 09/18/2015 |



Deposited  to  the  account  of

**DAVID  ALEXANDER**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxx3114 | xxxx  xxxx | $612.91 |

**NON-NEGOTIABLE**





009-0001

## Earnings Statement

PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

| | |
|---|---|
| Period Beginning: | 08/30/2015 |
| Period Ending: | 09/05/2015 |
| Pay Date: | 09/11/2015 |

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 2
   CO: 2

**DAVID ALEXANDER
2234 PALM DRIVE
COLORADO SPRINGS CO 80918**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4200 | 40.00 | 1,336.80 | 46,513.14 |
| Holiday | | | | 1,069.24 |
| Paid Time Off | | | | 1,336.55 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.80** | 49,453.55 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.84 | 4,802.84 |
| | Social Security Tax | -80.79 | 2,988.74 |
| | Medicare Tax | -18.89 | 698.98 |
| | CO State Income Tax | -46.00 | 1,702.00 |
| | **Other** | | |
| | Dnt High Ee | -5.36* | 198.32 |
| | Med Plan 2 Ee | -28.37* | 1,049.69 |
| | Sup Ad&D | -0.07 | 2.59 |
| | Sup Life Ee | -1.04 | 38.48 |
| | Wage Agreement | -413.54 | 4,548.94 |
| | **Net Pay** | **$612.90** | |
| | Checking 1 | -612.90 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 40.00 | 1,392.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 83.16 | 40.00 | 43.16 |
| Float | 8.00 | 0.00 | 8.00 |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,303.07

© 2005 ADP, LLC



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

| | |
|---|---|
| Advice number: | **00000370006** |
| Pay date: | 09/11/2015 |

Deposited to the account of
DAVID ALEXANDER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3114 | xxxx xxxx | $612.90 |



**NON-NEGOTIABLE**



## Earnings Statement

 ADP

*PAULEY CONSTRUCTION INC*
*2021 W MELINDA LANE*
*PHOENIX, AZ 85027*
*(623)581-1200*

| | |
|---|---|
| Period Beginning: | 08/23/2015 |
| Period Ending: | 08/29/2015 |
| Pay Date: | 09/04/2015 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 2
CO: 2

**DAVID ALEXANDER**
**2234 PALM DRIVE**
**COLORADO SPRINGS CO 80918**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4200 | 40.00 | 1,336.80 | 45,176.34 |
| Holiday | | | | 1,069.24 |
| Paid Time Off | | | | 1,336.55 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.80** | 48,116.75 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -129.84 | | 4,673.00 |
| | Social Security Tax | -80.79 | | 2,907.95 |
| | Medicare Tax | -18.90 | | 680.09 |
| | CO State Income Tax | -46.00 | | 1,656.00 |
| | **Other** | | | |
| | Dnt High Ee | -5.36* | | 192.96 |
| | Med Plan 2 Ee | -28.37* | | 1,021.32 |
| | Sup Ad&D | -0.07 | | 2.52 |
| | Sup Life Ee | -1.04 | | 37.44 |
| | Wage Agreement | -413.54 | | 4,135.40 |
| | **Net Pay** | **$612.89** | | |
| | Checking 1 | -612.89 | | |
| | **Net Check** | **$0.00** | | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 40.00 | 1,352.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 80.85 | 40.00 | 40.85 |
| Float | 8.00 | 0.00 | 8.00 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,303.07

© 2000 ADP, LLC



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX , AZ 85027
(623)581 -1200

| Advice number: | 00000360006 |
|---|---|
| Pay date: | 09/04/2015 |

Deposited to the account of
**DAVID ALEXANDER**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3114 | xxxx xxxx | $612.89 |



## NON-NEGOTIABLE



009-0001

PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

**Earnings   Statement**

ADP

| | | |
|---|---|---|
| Period Beginning: | 08/16/2015 |
| Period Ending: | 08/22/2015 |
| Pay Date: | 08/28/2015 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:     2
  CO:            2

**DAVID  ALEXANDER**
**2234  PALM  DRIVE**
**COLORADO  SPRINGS CO  80918**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4200 | 40.00 | 1,336.80 | 43,839.54 |
| Holiday | | | | 1,069.24 |
| Paid Time Off | | | | 1,336.55 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.80** | 46,779.95 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.84 | 4,543.16 |
| | Social Security Tax | -80.79 | 2,827.16 |
| | Medicare Tax | -18.89 | 661.19 |
| | CO State Income Tax | -46.00 | 1,610.00 |
| | **Other** | | |
| | Dnt High Ee | -5.36* | 187.60 |
| | Med Plan 2 Ee | -28.37* | 992.95 |
| | Sup Ad&D | -0.07 | 2.45 |
| | Sup Life Ee | -1.04 | 36.40 |
| | Wage Agreement | -413.54 | 3,721.86 |
| | **Net Pay** | | **$612.90** |
| | Checking 1 | -612.90 | |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 40.00 | 1,312.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 78.54 | 40.00 | 38.54 |
| Float | 8.00 | 0.00 | 8.00 |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,303.07

© 2000 ADP, LLC

---



PAULEY  CONSTRUCTION  INC
2021  W MELINDA LANE
PHOENIX , AZ 85027
(623)581 -1200

| Advice number: | 00000350006 |
|---|---|
| Pay date: | 08/28/2015 |

Deposited to the account of
**DAVID  ALEXANDER**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx3114 | xxxx  xxxx | $612.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



009-0001

# Earnings Statement

ADP

PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

| | |
|---|---|
| Period Beginning: | 08/09/2015 |
| Period Ending: | 08/15/2015 |
| Pay Date: | 08/21/2015 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 2
CO: 2

**DAVID ALEXANDER**
**2234 PALM DRIVE**
**COLORADO SPRINGS CO 80918**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4200 | 40.00 | 1,336.80 | 42,502.74 |
| Holiday | | | | 1,069.24 |
| Paid Time Off | | | | 1,336.55 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.80** | 45,443.15 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.84 | 4,413.32 |
| | Social Security Tax | -80.79 | 2,746.37 |
| | Medicare Tax | -18.90 | 642.30 |
| | CO State Income Tax | -46.00 | 1,564.00 |
| | **Other** | | |
| | Dnt High Ee | -5.36* | 182.24 |
| | Med Plan 2 Ee | -28.37* | 964.58 |
| | Sup Ad&D | -0.07 | 2.38 |
| | Sup Life Ee | -1.04 | 35.36 |
| | Wage Agreement | -413.54 | 3,308.32 |
| | **Net Pay** | **$612.89** | |
| | Checking 1 | -612.89 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 40.00 | 1,272.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 76.23 | 40.00 | 36.23 |
| Float | 8.00 | 0.00 | 8.00 |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,303.07

© 2000 ADP, LLC

---



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX , AZ 85027
(623)581 -1200

| Advice number: | 00000340006 |
|---|---|
| Pay date: | 08/21/2015 |

Deposited to the account of
DAVID ALEXANDER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3114 | xxxx xxxx | $612.89 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE



# Earnings  Statement

ADP

PAULEY  CONSTRUCTION  INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

| | |
|---|---|
| Period  Beginning: | 08/02/2015 |
| Period  Ending: | 08/08/2015 |
| Pay  Date: | 08/14/2015 |

Taxable  Marital  Status:   Married
Exemptions/Allowances:
    Federal:           2
    CO:                 2

**DAVID  ALEXANDER**
**2234  PALM  DRIVE**
**COLORADO  SPRINGS  CO  80918**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4200 | 40.00 | 1,336.80 | 41,165.94 |
| Holiday | | | | 1,069.24 |
| Paid Time Off | | | | 1,336.55 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.80** | 44,106.35 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 40.00 | 1,232.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 73.92 | 40.00 | 33.92 |
| Float | 8.00 | 0.00 | 8.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -129.84 | 4,283.48 |
| | Social  Security  Tax | -80.79 | 2,665.58 |
| | Medicare  Tax | -18.89 | 623.40 |
| | CO State  Income  Tax | -46.00 | 1,518.00 |
| | **Other** | | |
| | Dnt  High  Ee | -5.36* | 176.88 |
| | Med  Plan  2 Ee | -28.37* | 936.21 |
| | Sup  Ad&D | -0.07 | 2.31 |
| | Sup  Life  Ee | -1.04 | 34.32 |
| | Wage  Agreement | -413.54 | 2,894.78 |
| | **Net Pay** | **$612.90** | |
| | Checking  1 | -612.90 | |
| | **Net Check** | **$0.00** | |

\* **Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$1,303.07

© 2000 ADP, LLC



PAULEY   CONSTRUCTION   INC
2021  W MELINDA  LANE
PHOENIX , AZ  85027
(623)581 -1200

| | |
|---|---|
| **Advice number:** | 00000330006 |
| Pay  date: | 08/14/2015 |

Deposited  to the account  of
**DAVID  ALEXANDER**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxx3114 | xxxx  xxxx | $612.90 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE



© 2003 ADP, LLC

**Earnings Statement**

ADP

PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

010-0001

| Period Beginning: | 07/26/2015 |
|---|---|
| Period Ending: | 08/01/2015 |
| Pay Date: | 08/07/2015 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 2
CO: 2

**DAVID ALEXANDER**
**2234 PALM DRIVE**
**COLORADO SPRINGS CO 80918**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4200 | 40.00 | 1,336.80 | 39,829.14 |
| Holiday | | | | 1,069.24 |
| Paid Time Off | | | | 1,336.55 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.80** | 42,769.55 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.84 | 4,153.64 |
| | Social Security Tax | -80.79 | 2,584.79 |
| | Medicare Tax | -18.90 | 604.51 |
| | CO State Income Tax | -46.00 | 1,472.00 |
| | **Other** | | |
| | Dnt High Ee | -5.36* | 171.52 |
| | Med Plan 2 Ee | -28.37* | 907.84 |
| | Sup Ad&D | -0.07 | 2.24 |
| | Sup Life Ee | -1.04 | 33.28 |
| | Wage Agreement | -413.54 | 2,481.24 |
| | **Net Pay** | | **$612.89** |
| | Checking 1 | -612.89 | |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 40.00 | 1,192.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 71.61 | 40.00 | 31.61 |
| Float | 8.00 | 0.00 | 8.00 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,303.07

---



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX , AZ 85027
(623)581 -1200

| Advice number: | 00000320006 |
|---|---|
| Pay date: | 08/07/2015 |

Deposited to the account of
**DAVID ALEXANDER**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3114 | xxxx xxxx | $612.89 |



**NON-NEGOTIABLE**



**Earnings Statement**

PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

| | |
|---|---|
| Period Beginning: | 07/19/2015 |
| Period Ending: | 07/25/2015 |
| Pay Date: | 07/31/2015 |

Taxable Marital Status:  Married
Exemptions/Allowances:
    Federal:          2
    CO:               2

**DAVID ALEXANDER**
**2234 PALM DRIVE**
**COLORADO SPRINGS CO 80918**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4135 | 40.00 | 1,336.54 | 38,492.34 |
| Holiday | | | | 1,069.24 |
| Paid Time Off | | | | 1,336.55 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.54** | 41,432.75 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.80 | 4,023.80 |
| | Social Security Tax | -80.77 | 2,504.00 |
| | Medicare Tax | -18.89 | 585.61 |
| | CO State Income Tax | -46.00 | 1,426.00 |
| | **Other** | | |
| | Dnt High Ee | -5.36* | 166.16 |
| | Med Plan 2 Ee | -28.37* | 879.47 |
| | Sup Ad&D | -0.07 | 2.17 |
| | Sup Life Ee | -1.04 | 32.14 |
| | Wage Agreement | -413.54 | 2,067.70 |
| | **Net Pay** | **$612.70** | |
| | Checking 1 | -612.70 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 40.00 | 1,152.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 69.30 | 40.00 | 29.30 |
| Float | 8.00 | 0.00 | 8.00 |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,302.81

©2000 ADP, LLC



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX , AZ 85027
(623)581 -1200

| Advice number: | 00000310006 |
|---|---|
| Pay date: | 07/31/2015 |

Deposited to the account of
**DAVID ALEXANDER**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3114 | xxxx  xxxx | $612.70 |



**NON-NEGOTIABLE**



# Earnings Statement

PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

| Period Beginning: | 07/12/2015 |
|---|---|
| Period Ending: | 07/18/2015 |
| Pay Date: | 07/24/2015 |

Taxable Marital Status:    Married
Exemptions/Allowances:
    Federal:    2
    CO:    2

**DAVID ALEXANDER**
**2234 PALM DRIVE**
**COLORADO SPRINGS CO 80918**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4135 | 40.00 | 1,336.54 | 37,155.80 |
| Holiday | | | | 1,069.24 |
| Paid Time Off | | | | 1,336.55 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.54** | 40,096.21 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.80 | 3,894.00 |
| | Social Security Tax | -80.78 | 2,423.23 |
| | Medicare Tax | -18.89 | 566.72 |
| | CO State Income Tax | -46.00 | 1,380.00 |
| | **Other** | | |
| | Dnt High Ee | -5.36* | 160.80 |
| | Med Plan 2 Ee | -28.37* | 851.10 |
| | Sup Ad&D | -0.07 | 2.10 |
| | Sup Life Ee | -1.04 | 31.20 |
| | Wage Agreement | -413.54 | 1,654.16 |
| | **Net Pay** | | **$612.69** |
| | Checking 1 | -612.69 | |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 40.00 | 1,112.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 66.99 | 40.00 | 26.99 |
| Float | 8.00 | 0.00 | 8.00 |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,302.81

<span style="font-size:smaller">© 2000 ADP, LLC</span>



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX , AZ 85027
(623)581 -1200

| Advice number: | 00000300007 |
|---|---|
| Pay date: | 07/24/2015 |

Deposited to the account of
**DAVID ALEXANDER**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3114 | xxxx xxxx | $612.69 |



# NON-NEGOTIABLE





| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| 025 | 000001 | 000 | 00792199991 | |

009-0001

## Earnings Statement

PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

| Period Beginning: | 07/05/2015 |
|---|---|
| Period Ending: | 07/11/2015 |
| Pay Date: | 07/17/2015 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 2
CO: 2

**DAVID ALEXANDER**
**2234 PALM DRIVE**
**COLORADO SPRINGS CO 80918**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 33.4135 | 40.00 | 1,336.54 | 35,819.26 |
| Holiday | | | | 1,069.24 |
| Paid Time Off | | | | 1,336.55 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.54** | 38,759.67 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -129.80 | 3,764.20 |
| | Social Security Tax | -80.77 | 2,342.45 |
| | Medicare Tax | -18.89 | 547.83 |
| | CO State Income Tax | -46.00 | 1,334.00 |
| | **Other** | | |
| | Dnt High Ee | -5.36* | 155.44 |
| | Med Plan 2 Ee | -28.37* | 822.73 |
| | Sup Ad&D | -0.07 | 2.03 |
| | Sup Life Ee | -1.04 | 30.16 |
| | Wage Agreement | -413.54 | 1,240.62 |
| | **Net Pay** | **$612.70** | |
| | Checking 1 | -612.70 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 40.00 | 1,072.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|-------------|---------|-------|---------|
| Pto | 64.68 | 40.00 | 24.68 |
| Float | 8.00 | 0.00 | 8.00 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,302.81

© 2000 ADP, LLC



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX , AZ 85027
(623)581 -1200

| Advice number: | 00000290006 |
|---|---|
| Pay date: | 07/17/2015 |



Deposited to the account of
DAVID ALEXANDER

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx3114 | xxxx xxxx | $612.70 |

## NON-NEGOTIABLE



| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|-----|------|-------|-------|--------|--|
| 001 | 0001 | | | 0000497 | |

001-0001

# Earnings Statement

*PAULEY CONSTRUCTION INC*
*2021 W MELINDA LANE*
*PHOENIX, AZ 85027*
*(623)581-1200*

| | |
|--|--|
| Period Beginning: | 06/28/2015 |
| Period Ending: | 07/04/2015 |
| Pay Date: | 07/10/2015 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal:          2
CO:               2

**DAVID ALEXANDER**
**2234 PALM DRIVE**
**COLORADO SPRINGS CO 80918**

## Earnings

| | rate | hours | this period | year to date |
|--|------|-------|-------------|--------------|
| Regular | 33.4135 | 24.00 | 801.92 | 34,482.72 |
| Holiday | 33.4135 | 8.00 | 267.31 | 1,069.24 |
| Paid Time Off | 33.4135 | 8.00 | 267.31 | 1,336.55 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.54** | 37,423.13 |

## Deductions

**Statutory**

| | this period | year to date |
|--|-------------|--------------|
| Federal Income Tax | -129.80 | 3,634.40 |
| Social Security Tax | -80.78 | 2,261.68 |
| Medicare Tax | -18.89 | 528.94 |
| CO State Income Tax | -46.00 | 1,288.00 |

**Other**

| | | |
|--|--|--|
| Dnt High Ee | -5.36* | 150.08 |
| Med Plan 2 Ee | -28.37* | 794.36 |
| Sup Ad&D | -0.07 | 1.96 |
| Sup Life Ee | -1.04 | 29.12 |
| Wage Agreement | -413.54 | 827.08 |
| **Net Pay** | | **$612.69** |
| **Net Check** | | **$612.69** |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,302.81

## Other Benefits and Information

| | this period | total to date |
|--|-------------|---------------|
| Total Hrs Wrkd | 24.00 | 1,032.00 |
| Employee Id | | 071111 |

## Deposits

| | |
|--|--|
| Account No. | xxxxx3114 |
| Transit/ABA | xxxx xxxx |
| Pending | |

## Important Notes

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT
DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

EFFECTIVE THIS PAY PERIOD YOUR ADDRESS HAS BEEN
CHANGED.

## Description

| Description | Allowed | Taken | Balance |
|-------------|---------|-------|---------|
| Pto | 62.37 | 40.00 | 22.37 |
| Float | 8.00 | 0.00 | 8.00 |

©2000 ADP, LLC



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX , AZ 85027
(623)581 -1200

**PAU**                                    90-477/1222
**Payroll check number: 0000049074**
Pay date:                    07/10/2015

Pay to the
order of:      **DAVID ALEXANDER**

This amount:   **SIX HUNDRED TWELVE AND 69/100 DOLLARS**              **$612.69**

VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS
THIS IS NOT A CHECK

ISSUED BY ADP PAYROLL SERVICES  ACCEPTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243



WELLS FARGO
5401 California Ave
Bakersfield CA, 93309



## Earnings Statement

| | | |
|---|---|---|
| CO. | FILE | DEPT. CLOCK VCHR. NO. |
| PL2 | A01 | 000000 |

008-0001

PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

| | |
|---|---|
| Period Beginning: | 06/21/2015 |
| Period Ending: | 06/27/2015 |
| Pay Date: | 07/02/2015 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 2
CO: 2

**DAVID ALEXANDER
775 BARTLETT ST
CASTLE ROCK CO 80104**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4135 | 40.00 | 1,336.54 | 33,680.80 |
| Holiday | | | | 801.93 |
| Paid Time Off | | | | 1,069.24 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.54** | 36,086.59 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 40.00 | 1,008.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 60.06 | 32.00 | 28.06 |
| Float | 8.00 | 0.00 | 8.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.80 | 3,504.60 |
| | Social Security Tax | -80.77 | 2,180.90 |
| | Medicare Tax | -18.89 | 510.05 |
| | CO State Income Tax | -46.00 | 1,242.00 |
| | **Other** | | |
| | Dnt High Ee | -5.36* | 144.72 |
| | Med Plan 2 Ee | -28.37* | 765.99 |
| | Sup Ad&D | -0.07 | 1.89 |
| | Sup Life Ee | -1.04 | 28.08 |
| | Wage Agreement | -413.54 | 413.54 |
| | **Net Pay** | **$612.70** | |
| | Checking 1 | -612.70 | |
| | **Net Check** | **$0.00** | |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,302.81



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX , AZ 85027
(623)581 -1200

| Advice number: | 00000270004 |
|---|---|
| Pay date: | 07/02/2015 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| DAVID ALEXANDER | xxxxxx9974 | xxxx xxxx | $612.70 |



**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| PAI | 016005 | | 0008001 | |

008-0001

## Earnings Statement

PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

| Period Beginning: | 06/14/2015 |
|---|---|
| Period Ending: | 06/20/2015 |
| Pay Date: | 06/26/2015 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 2
CO: 2

**DAVID ALEXANDER**
**775 BARTLETT ST**
**CASTLE ROCK CO 80104**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4135 | 40.00 | 1,336.54 | 32,344.26 |
| Holiday | | | | 801.93 |
| Paid Time Off | | | | 1,069.24 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.54** | 34,750.05 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | | -129.80 | 3,374.80 |
| | Social Security Tax | | -80.77 | 2,100.13 |
| | Medicare Tax | | -18.89 | 491.16 |
| | CO State Income Tax | | -46.00 | 1,196.00 |
| | **Other** | | | |
| | Dnt High Ee | | -5.36* | 139.36 |
| | Med Plan 2 Ee | | -28.37* | 737.62 |
| | Sup Ad&D | | -0.07 | 1.82 |
| | Sup Life Ee | | -1.04 | 27.04 |
| | **Net Pay** | | **$1,026.24** | |
| | Checking 1 | | -1,026.24 | |
| | **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | | total to date |
|---|---|---|---|
| Total Hrs Wrkd | 40.00 | | 968.00 |
| Employee Id | | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 57.75 | 32.00 | 25.75 |
| Float | 8.00 | 0.00 | 8.00 |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,302.81

© 2000 ADP, LLC



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX , AZ 85027
(623)581 -1200

| **Advice number:** | **00000260004** |
|---|---|
| Pay date: | 06/26/2015 |

Deposited to the account of
DAVID ALEXANDER

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9974 | xxxx xxxx | $1,026.24 |



**NON-NEGOTIABLE**



ADP

| CO. FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|
| 008-0001 | | | |

**Earnings Statement**

*PAULEY CONSTRUCTION INC*
*2021 W MELINDA LANE*
*PHOENIX, AZ 85027*
*(623)581-1200*

| Period Beginning: | 06/07/2015 |
|---|---|
| Period Ending: | 06/13/2015 |
| Pay Date: | 06/19/2015 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:          2
  CO:               2

00000000004
**DAVID ALEXANDER**
**775 BARTLETT ST**
**CASTLE ROCK CO 80104**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4135 | 40.00 | 1,336.54 | 31,007.72 |
| Holiday | | | | 801.93 |
| Paid Time Off | | | | 1,069.24 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.54** | 33,413.51 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.80 | 3,245.00 |
| | Social Security Tax | -80.78 | 2,019.36 |
| | Medicare Tax | -18.89 | 472.27 |
| | CO State Income Tax | -46.00 | 1,150.00 |
| | **Other** | | |
| | Dnt High Ee | -5.36* | 134.00 |
| | Med Plan 2 Ee | -28.37* | 709.25 |
| | Sup Ad&D | -0.07 | 1.75 |
| | Sup Life Ee | -1.04 | 26.00 |
| | **Net Pay** | **$1,026.23** | |
| | Checking 1 | -1,026.23 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 40.00 | 928.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 55.44 | 32.00 | 23.44 |
| Float | 8.00 | 0.00 | 8.00 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,302.81

© 2000 ADP, LLC



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX , AZ 85027
(623)581 -1200

| Advice number: | 00000250004 |
|---|---|
| Pay date: | 06/19/2015 |

Deposited to the account of
**DAVID ALEXANDER**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9974 | xxxx  xxxx | $1,026.23 |



**NON-NEGOTIABLE**



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

006-0001

## Earnings Statement

| | |
|---|---|
| Period Beginning: | 05/31/2015 |
| Period Ending: | 06/06/2015 |
| Pay Date: | 06/12/2015 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 2
CO: 2

00000000004
**DAVID ALEXANDER**
**775 BARTLETT ST**
**CASTLE ROCK CO 80104**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4135 | 40.00 | 1,336.54 | 29,671.18 |
| Holiday | | | | 801.93 |
| Paid Time Off | | | | 1,069.24 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.54** | 32,076.97 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.80 | 3,115.20 |
| | Social Security Tax | -80.77 | 1,938.58 |
| | Medicare Tax | -18.89 | 453.38 |
| | CO State Income Tax | -46.00 | 1,104.00 |
| | **Other** | | |
| | Dnt High Ee | -5.36* | 128.64 |
| | Med Plan 2 Ee | -28.37* | 680.88 |
| | Sup Ad&D | -0.07 | 1.68 |
| | Sup Life Ee | -1.04 | 24.96 |
| | **Net Pay** | **$1,026.24** | |
| | Checking 1 | -1,026.24 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 40.00 | 888.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 53.13 | 32.00 | 21.13 |
| Float | 8.00 | 0.00 | 8.00 |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,302.81

> © 2000 ADP, LLC



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX , AZ 85027
(623)581 -1200

| | | |
|---|---|---|
| **Advice number:** | **00000240004** | |
| Pay date: | 06/12/2015 | |

THIS IS NOT A CHECK

Deposited to the account of
DAVID ALEXANDER

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9974 | xxxx xxxx | $1,026.24 |

# NON-NEGOTIABLE



ADP®

| CO. FILE DEPT. CLOCK VCHR. NO. |
|---|
| 120 010 1N0001 035- 1 0001000001 |
| 010-0001 |

## Earnings Statement

*PAULEY CONSTRUCTION INC*
*2021 W MELINDA LANE*
*PHOENIX, AZ 85027*
*(623)581-1200*

| | |
|---|---|
| Period Beginning: | 05/24/2015 |
| Period Ending: | 05/30/2015 |
| Pay Date: | 06/05/2015 |

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:       2
   CO:              2

00000000004
**DAVID  ALEXANDER**
**775  BARTLETT  ST**
**CASTLE  ROCK  CO  80104**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4135 | 32.00 | 1,069.23 | 28,334.64 |
| Holiday | 33.4135 | 8.00 | 267.31 | 801.93 |
| Paid Time Off | | | | 1,069.24 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.54** | 30,740.43 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.80 | 2,985.40 |
| | Social Security Tax | -80.78 | 1,857.81 |
| | Medicare Tax | -18.89 | 434.49 |
| | CO State Income Tax | -46.00 | 1,058.00 |
| | **Other** | | |
| | Dnt High Ee | -5.36* | 123.28 |
| | Med Plan 2 Ee | -28.37* | 652.51 |
| | Sup Ad&D | -0.07 | 1.61 |
| | Sup Life Ee | -1.04 | 23.92 |
| | **Net Pay** | **$1,026.23** | |
| | Checking 1 | -1,026.23 | |
| | **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 32.00 | 848.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 50.82 | 32.00 | 18.82 |
| Float | 8.00 | 0.00 | 8.00 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,302.81

© 2000 ADP, LLC



PAULEY  CONSTRUCTION  INC
2021  W MELINDA  LANE
PHOENIX , AZ 85027
(623)581 -1200

| Advice number: | 00000230004 |
|---|---|
| Pay date: | 06/05/2015 |

Deposited  to the account  of
**DAVID  ALEXANDER**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9974 | xxxx  xxxx | $1,026.23 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE





PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

011-0001

## Earnings Statement

| | |
|---|---|
| Period Beginning: | 05/17/2015 |
| Period Ending: | 05/23/2015 |
| Pay Date: | 05/29/2015 |

00000000004
**DAVID ALEXANDER**
**775 BARTLETT ST**
**CASTLE ROCK CO 80104**

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:          2
  CO:               2

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4135 | 40.00 | 1,336.54 | 27,265.41 |
| Holiday | | | | 534.62 |
| Paid Time Off | | | | 1,069.24 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.54** | 29,403.89 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 40.00 | 816.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 48.51 | 32.00 | 16.51 |
| Float | 8.00 | 0.00 | 8.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.80 | 2,855.60 |
| | Social Security Tax | -80.77 | 1,777.03 |
| | Medicare Tax | -18.89 | 415.60 |
| | CO State Income Tax | -46.00 | 1,012.00 |
| | **Other** | | |
| | Dnt High Ee | -5.36* | 117.92 |
| | Med Plan 2 Ee | -28.37* | 624.14 |
| | Sup Ad&D | -0.07 | 1.54 |
| | Sup Life Ee | -1.04 | 22.88 |
| | **Net Pay** | **$1,026.24** | |
| | Checking 1 | -1,026.24 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,302.81

>2000 ADP, LLC



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX , AZ 85027
(623)581 -1200

| Advice number: | **00000220004** |
|---|---|
| Pay date: | 05/29/2015 |

Deposited to the account of
**DAVID ALEXANDER**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9974 | xxxx xxxx | $1,026.24 |



THIS IS NOT A CHECK

## NON-NEGOTIABLE



## Earnings Statement



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

| | | |
|---|---|---|
| Period Beginning: | 05/10/2015 |
| Period Ending: | 05/16/2015 |
| Pay Date: | 05/22/2015 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 2
CO: 2

00000000004
**DAVID ALEXANDER**
**775 BARTLETT ST**
**CASTLE ROCK CO 80104**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4135 | 40.00 | 1,336.54 | 25,928.87 |
| Holiday | | | | 534.62 |
| Paid Time Off | | | | 1,069.24 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.54** | 28,067.35 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 40.00 | 776.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 46.20 | 32.00 | 14.20 |
| Float | 8.00 | 0.00 | 8.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.80 | 2,725.80 |
| | Social Security Tax | -80.77 | 1,696.26 |
| | Medicare Tax | -18.89 | 396.71 |
| | CO State Income Tax | -46.00 | 966.00 |
| | **Other** | | |
| | Dnt High Ee | -5.36* | 112.56 |
| | Med Plan 2 Ee | -28.37* | 595.77 |
| | Sup Ad&D | -0.07 | 1.47 |
| | Sup Life Ee | -1.04 | 21.84 |
| | **Net Pay** | **$1,026.24** | |
| | Checking 1 | -1,026.24 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,302.81

© 2000 ADP, LLC



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX , AZ 85027
(623)581 -1200

| | |
|---|---|
| **Advice number:** | **00000210004** |
| Pay date: | 05/22/2015 |

Deposited to the account of
**DAVID ALEXANDER**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9974 | xxxx xxxx | $1,026.24 |



THIS IS NOT A CHECK

## NON-NEGOTIABLE





013-0001

PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

## Earnings Statement

| | |
|---|---|
| Period Beginning: | 05/03/2015 |
| Period Ending: | 05/09/2015 |
| Pay Date: | 05/15/2015 |

00000000004
**DAVID ALEXANDER**
**775 BARTLETT ST**
**CASTLE ROCK CO 80104**

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  CO: 2

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4135 | 40.00 | 1,336.54 | 24,592.33 |
| Holiday | | | | 534.62 |
| Paid Time Off | | | | 1,069.24 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.54** | 26,730.81 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.80 | 2,596.00 |
| | Social Security Tax | -80.78 | 1,615.49 |
| | Medicare Tax | -18.90 | 377.82 |
| | CO State Income Tax | -46.00 | 920.00 |
| | **Other** | | |
| | Dnt High Ee | -5.36* | 107.20 |
| | Med Plan 2 Ee | -28.37* | 567.40 |
| | Sup Ad&D | -0.07 | 1.40 |
| | Sup Life Ee | -1.04 | 20.80 |
| | **Net Pay** | **$1,026.22** | |
| | Checking 1 | -1,026.22 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 40.00 | 736.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 43.89 | 32.00 | 11.89 |
| Float | 8.00 | 0.00 | 8.00 |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,302.81

© 2000 ADP, LLC



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX , AZ 85027
(623)581 -1200

| Advice number: | 00000200004 |
|---|---|
| Pay date: | 05/15/2015 |

Deposited to the account of
DAVID ALEXANDER

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9974 | xxxx xxxx | $1,026.22 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**







005-0001

## Earnings Statement

PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

| Period Beginning: | 04/26/2015 |
|---|---|
| Period Ending: | 05/02/2015 |
| Pay Date: | 05/08/2015 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  CO: 2

00000000004
**DAVID ALEXANDER**
**775 BARTLETT ST**
**CASTLE ROCK CO 80104**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4135 | 32.00 | 1,069.23 | 23,255.79 |
| Paid Time Off | 33.4135 | 8.00 | 267.31 | 1,069.24 |
| Holiday | | | | 534.62 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.54** | 25,394.27 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.80 | 2,466.20 |
| | Social Security Tax | -80.77 | 1,534.71 |
| | Medicare Tax | -18.89 | 358.92 |
| | CO State Income Tax | -46.00 | 874.00 |
| | **Other** | | |
| | Dnt High Ee | -5.36* | 101.84 |
| | Med Plan 2 Ee | -28.37* | 539.03 |
| | Sup Ad&D | -0.07 | 1.33 |
| | Sup Life Ee | -1.04 | 19.76 |
| | **Net Pay** | **$1,026.24** | |
| | Checking 1 | -1,026.24 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 32.00 | 696.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 41.58 | 32.00 | 9.58 |
| Float | 8.00 | 0.00 | 8.00 |

* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,302.81

© 2000 ADP, LLC



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

| Advice number: | 00000190004 |
|---|---|
| Pay date: | 05/08/2015 |

Deposited to the account of
DAVID ALEXANDER

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9974 | xxxx xxxx | $1,026.24 |



THIS IS NOT A CHECK

**NON-NEGOTIABLE**



011-0001



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

## Earnings Statement

| | |
|---|---|
| Period Beginning: | 04/19/2015 |
| Period Ending: | 04/25/2015 |
| Pay Date: | 05/01/2015 |

00000000005

**DAVID ALEXANDER**
**775 BARTLETT ST**
**CASTLE ROCK CO 80104**

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 2
 CO: 2

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4135 | 32.00 | 1,069.23 | 22,186.56 |
| Paid Time Off | 33.4135 | 8.00 | 267.31 | 801.93 |
| Holiday | | | | 534.62 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.54** | 24,057.73 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 32.00 | 664.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 39.27 | 24.00 | 15.27 |
| Float | 8.00 | 0.00 | 8.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| Federal Income Tax | | -129.80 | 2,336.40 |
| Social Security Tax | | -80.78 | 1,453.94 |
| Medicare Tax | | -18.89 | 340.03 |
| CO State Income Tax | | -46.00 | 828.00 |
| | **Other** | | |
| Dnt High Ee | | -5.36* | 96.48 |
| Med Plan 2 Ee | | -28.37* | 510.66 |
| Sup Ad&D | | -0.07 | 1.26 |
| Sup Life Ee | | -1.04 | 18.72 |
| **Net Pay** | | **$1,026.23** | |
| Checking 1 | | -1,026.23 | |
| **Net Check** | | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,302.81



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX , AZ 85027
(623)581 -1200

| | |
|---|---|
| **Advice number:** | **00000180005** |
| Pay date: | 05/01/2015 |

Deposited to the account of
**DAVID ALEXANDER**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9974 | xxxx xxxx | $1,026.23 |



**NON-NEGOTIABLE**



015-0001



*PAULEY CONSTRUCTION INC*
*2021 W MELINDA LANE*
*PHOENIX, AZ 85027*
*(623)581-1200*

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 04/12/2015 |
| Period Ending: | 04/18/2015 |
| Pay Date: | 04/24/2015 |

00000000004

**DAVID ALEXANDER**
**775 BARTLETT ST**
**CASTLE ROCK CO 80104**

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 2
CO: 2

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4135 | 24.00 | 801.92 | 21,117.33 |
| Paid Time Off | 33.4135 | 16.00 | 534.62 | 534.62 |
| Holiday | | | | 534.62 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.54** | 22,721.19 |

## Deductions

### Statutory

| | | |
|---|---|---|
| Federal Income Tax | -129.80 | 2,206.60 |
| Social Security Tax | -80.77 | 1,373.16 |
| Medicare Tax | -18.89 | 321.14 |
| CO State Income Tax | -46.00 | 782.00 |

### Other

| | | |
|---|---|---|
| Dnt High Ee | -5.36* | 91.12 |
| Med Plan 2 Ee | -28.37* | 482.29 |
| Sup Ad&D | -0.07 | 1.19 |
| Sup Life Ee | -1.04 | 17.68 |
| **Net Pay** | **$1,026.24** | |
| Checking 1 | -1,026.24 | |
| **Net Check** | **$0.00** | |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 24.00 | 632.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 36.96 | 16.00 | 20.96 |
| Float | 8.00 | 0.00 | 8.00 |

* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,302.81

◇ 2000 ADP, LLC



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX , AZ 85027
(623)581-1200

| **Advice number:** | **00000170004** |
|---|---|
| Pay date: | 04/24/2015 |



Deposited to the account of
DAVID ALEXANDER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9974 | xxxx xxxx | $1,026.24 |

## NON-NEGOTIABLE





**Earnings Statement**

PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX, AZ 85027
(623)581-1200

016-0001

| | |
|---|---|
| Period Beginning: | 03/22/2015 |
| Period Ending: | 03/28/2015 |
| Pay Date: | 04/03/2015 |

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:        2
  CO:             2

00000000004

**DAVID ALEXANDER**
**775 BARTLETT ST**
**CASTLE ROCK CO 80104**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 33.4135 | 40.00 | 1,336.54 | 17,642.33 |
| Holiday | | | | 534.62 |
| Vacation Pay | | | | 534.62 |
| **Gross Pay** | | | **$1,336.54** | 18,711.57 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.80 | 1,817.20 |
| | Social Security Tax | -80.77 | 1,130.84 |
| | Medicare Tax | -18.89 | 264.47 |
| | CO State Income Tax | -46.00 | 644.00 |
| | **Other** | | |
| | Dnt High Ee | -5.36* | 75.04 |
| | Med Plan 2 Ee | -28.37* | 397.18 |
| | Sup Ad&D | -0.07 | 0.98 |
| | Sup Life Ee | -1.04 | 14.56 |
| | **Net Pay** | **$1,026.24** | |
| | Checking 1 | -1,026.24 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs Wrkd | 40.00 | 528.00 |
| Employee Id | | 071111 |

| Description | Allowed | Taken | Balance |
|---|---|---|---|
| Pto | 30.03 | 0.00 | 30.03 |
| Float | 8.00 | 0.00 | 8.00 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,302.81

© 2000 ADP, LLC



PAULEY CONSTRUCTION INC
2021 W MELINDA LANE
PHOENIX , AZ 85027
(623)581 -1200

| Advice number: | 00000140005 |
|---|---|
| Pay date: | 04/03/2015 |

Deposited to the account of
**DAVID ALEXANDER**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9974 | xxxx xxxx | $1,026.24 |

THIS IS NOT A CHECK



**NON-NEGOTIABLE**

# CenturyLink™

**Qwest Corporation**

| | | |
|---|---|---|
| Employee Name : LISA HYLAND | Pay Period : 08/30/2015 to 09/12/2015 | Current Gross Pay : 2,489.60 |
| Personnel Number : 00127521 | Pay Date : 09/18/2015   PP #: 19-2015 | Current Net Pay : 1,714.06 |
| | Cost Center : T6002362   Base Rate : 31.12 | YTD Federal Taxable : 46,826.13 |

## EARNINGS AND OTHER PAYMENTS

| EARNINGS | Hours | Current | Year to Date |
|---|---|---|---|
| SALARY | 72.00 | 2,240.64 | 40,742.87 |
| PTO | | | 3,857.37 |
| HOLIDAY | 8.00 | 248.96 | 1,899.76 |
| STI | | | 703.79 |
| PRIZES & AWARDS | | | 130.00 |
| **Total Gross** | | **2,489.60** | **49,825.62** |

| IMPUTED INCOME | | Current | Year to Date |
|---|---|---|---|
| GROUP TERM LIFE INS TXBLE | | 0.83 | 14.79 |
| STD BENEFIT | | 11.76 | 218.75 |
| WELLNESS REWARD | | — | 50.00 |

| LEAVE TYPE | Accruals | Deductions | Balance |
|---|---|---|---|
| PAID TIME OFF (PTO) | 5.32 | — | (5.55) |

## SUMMARY

| | Current | Year to Date |
|---|---|---|
| TOTAL GROSS | 2,489.60 | 49,825.62 |
| TOTAL EXPENSE REIMBURSED | 0.00 | 0.00 |
| TOTAL TAXES | 593.23 | 12,859.57 |
| TOTAL OTHER DEDUCTIONS | 182.31 | 3,283.03 |
| NET PAY | 1,714.06 | 33,683.02 |

## TAXES AND OTHER DEDUCTIONS

| TAXES | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 319.15 | 7,238.47 |
| SOCIAL SECURITY | 150.00 | 3,009.31 |
| MEDICARE | 35.08 | 703.79 |
| COLORADO WITHHOLDING | 89.00 | 1,908.00 |
| **Total Taxes** | **593.23** | **12,859.57** |

| PRE-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| DOLLARS & \$ENSE (401K) | 99.58 | 1,711.16 |
| HEALTHCARE FSA | 20.00 | 380.00 |
| PRE-TAX MEDICAL INS | 51.64 | 981.16 |
| PRE-TAX DENTAL INS | 9.51 | 180.69 |
| PRE-TAX VISION INS | 1.58 | 30.02 |
| **Total Pre-Tax Deductions** | **182.31** | **3,283.03** |

| POST-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| Total Post-Tax Deductions | | |

## PAYMENT DETAILS

PUBLIC SERVICE CU

## EXPENSES

| | Current | Year to Date |
|---|---|---|
| | | **Current** 1,714.06 |

# CenturyLink™

**Qwest Corporation**

| | | |
|---|---|---|
| Employee Name : USA HYLAND | Pay Period : 08/16/2015 to 08/29/2015 | Current Gross Pay : 2,489.60 |
| Personnel Number : 00127521 | Pay Date : 09/04/2015   PP #: 18-2015 | Current Net Pay : 1,714.05 |
| | Cost Center : T6002362   Base Rate : 31.12 | YTD Federal Taxable : 44,506.25 |

## EARNINGS AND OTHER PAYMENTS

| EARNINGS | Hours | Current | Year to Date |
|---|---|---|---|
| SALARY | 80.00 | 2,489.60 | 38,502.23 |
| PTO | | | 3,857.37 |
| HOLIDAY | | | 1,450.80 |
| STI | | | 3,395.62 |
| PRIZES & AWARDS | | | 130.00 |
| **Total Gross** | | **2,489.60** | **47,336.02** |

| IMPUTED INCOME | | Current | Year to Date |
|---|---|---|---|
| GROUP TERM LIFE INS TXBLE | | 0.83 | 13.96 |
| STD BENEFIT | | 11.76 | 206.99 |
| WELLNESS REWARD | | — | 50.00 |

| LEAVE TYPE | Accruals | Deductions | Balance |
|---|---|---|---|
| PAID TIME OFF (PTO) | 5.32 | — | (11.27) |

| SUMMARY | Current | Year to Date |
|---|---|---|
| TOTAL GROSS | 2,489.60 | 47,336.02 |
| TOTAL EXPENSE REIMBURSED | 0.00 | 0.00 |
| TOTAL TAXES | 593.24 | 12,266.34 |
| TOTAL OTHER DEDUCTIONS | 182.31 | 3,100.72 |
| NET PAY | 1,714.05 | 31,968.96 |

| EXPENSES | Current | Year to Date |
|---|---|---|

## TAXES AND OTHER DEDUCTIONS

| TAXES | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 319.15 | 6,919.32 |
| SOCIAL SECURITY | 150.01 | 2,859.31 |
| MEDICARE | 35.08 | 668.77 |
| COLORADO WITHHOLDING | 89.00 | 1,819.00 |
| **Total Taxes** | **593.24** | **12,266.34** |

| PRE-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| DOLLARS & $ENSE (401K) | 99.58 | 1,611.58 |
| HEALTHCARE FSA | 20.00 | 360.00 |
| PRE-TAX MEDICAL INS | 51.64 | 929.52 |
| PRE-TAX DENTAL INS | 9.51 | 171.18 |
| PRE-TAX VISION INS | 1.58 | 28.44 |
| **Total Pre-Tax Deductions** | **182.31** | **3,100.72** |

| POST-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| **Total Post-Tax Deductions** | **Current** | **Year to Date** |

| PAYMENT DETAILS | Current | Year to Date |
|---|---|---|
| PUBLIC SERVICE CU | | 1,714.05 |

# CenturyLink™

**Qwest Corporation**

| | |
|---|---|
| Employee Name : LISA HYLAND | Pay Period : 08/02/2015 to 08/15/2015 |
| Personnel Number : 00127521 | Pay Date : 08/21/2015 |
| | Cost Center : T60023262 |

| | |
|---|---|
| Pay Period : 08/02/2015 to 08/15/2015 | PP #: 17-2015 |
| Base Rate : 31-12 | |

| | |
|---|---|
| Current Gross Pay : | 2,489.60 |
| Current Net Pay : | 1,710.22 |
| YTD Federal Taxable : | 42,186.37 |

## EARNINGS AND OTHER PAYMENTS

| EARNINGS | Hours | Current | Year to Date |
|---|---|---|---|
| SALARY | 60.00 | 1,867.20 | 36,012.63 |
| PTO | 20.00 | 622.40 | 3,857.37 |
| HOLIDAY | | | 1,450.80 |
| STI | | | 3,395.62 |
| PRIZES & AWARDS | | | 130.00 |
| **Total Gross** | | **2,489.60** | **44,846.42** |

| IMPUTED INCOME | | Current | Year to Date |
|---|---|---|---|
| GROUP TERM LIFE INS TXBLE | | 0.83 | 13.13 |
| STD BENEFIT | | 11.76 | 195.23 |
| WELLNESS REWARD | | 50.00 | 50.00 |

| LEAVE TYPE | Accruals | Deductions | Balance |
|---|---|---|---|
| PAID TIME OFF (PTO) | 5.32 | 20.00 | (17.00) |

| SUMMARY | Current | Year to Date |
|---|---|---|
| TOTAL GROSS | 2,489.60 | 44,846.42 |
| TOTAL EXPENSE REIMBURSED | 0.00 | 0.00 |
| TOTAL TAXES | 597.07 | 11,673.10 |
| TOTAL OTHER DEDUCTIONS | 182.31 | 2,918.41 |
| NET PAY | 1,710.22 | 30,254.91 |

## TAXES AND OTHER DEDUCTIONS

| TAXES | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 319.15 | 6,600.17 |
| SOCIAL SECURITY | 153.11 | 2,709.30 |
| MEDICARE | 35.81 | 633.63 |
| COLORADO WITHHOLDING | 89.00 | 1,730.00 |
| **Total Taxes** | **597.07** | **11,673.10** |

| PRE-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| DOLLARS & SENSE (401K) | 99.58 | 1,512.00 |
| HEALTHCARE FSA | 20.00 | 340.00 |
| PRE-TAX MEDICAL INS | 51.64 | 877.88 |
| PRE-TAX DENTAL INS | 9.51 | 161.67 |
| PRE-TAX VISION INS | 1.58 | 26.86 |
| **Total Pre-Tax Deductions** | **182.31** | **2,918.41** |

| POST-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| **Total Post-Tax Deductions** | **Current** | **Year to Date** |

| PAYMENT DETAILS | Current |
|---|---|
| PUBLIC SERVICE CU | 1,710.22 |

## EXPENSES

| | Current | Year to Date |
|---|---|---|
| | | |

# CenturyLink™

| Qwest Corporation | | Pay Period : | 08/13/2015 to 08/13/2015 | Current Gross Pay : | 50.00 |
|---|---|---|---|---|---|
| Employee Name : LISA HYLAND | | Pay Date : | 08/13/2015 | PP #: 00-0000 | Current Net Pay : | 0.00 |
| Personnel Number : 00127521 | | Cost Center : | T6002362    Base Rate : 0.00 | YTD Federal Taxable : | 39,816.49 |

## EARNINGS AND OTHER PAYMENTS

| EARNINGS | Hours | Current | Year to Date |
|---|---|---|---|
| SALARY | | | 34,145.43 |
| PTO | | | 3,234.97 |
| HOLIDAY | | | 1,450.80 |
| STI | | | 3,395.62 |
| PRIZES & AWARDS | 50.00 | 50.00 | 130.00 |
| **Total Gross** | 50.00 | 50.00 | 42,356.82 |

| IMPUTED INCOME | | Current | Year to Date |
|---|---|---|---|
| GROUP TERM LIFE INS TXBLE | | — | 12.30 |
| STD BENEFIT | | — | 183.47 |

| LEAVE TYPE | Accruals | Deductions | Balance |
|---|---|---|---|
| PAID TIME OFF (PTO) | — | — | — |

## TAXES AND OTHER DEDUCTIONS

| TAXES | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 12.50 | 6,281.02 |
| SOCIAL SECURITY | 3.10 | 2,556.19 |
| MEDICARE | 0.73 | 597.82 |
| COLORADO WITHHOLDING | 2.00 | 1,641.00 |
| **Total Taxes** | 18.33 | 11,076.03 |

| PRE-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| DOLLARS & SENSE (401K) | | 1,412.42 |
| HEALTHCARE FSA | | 320.00 |
| PRE-TAX MEDICAL INS | | 826.24 |
| PRE-TAX DENTAL INS | | 152.16 |
| PRE-TAX VISION INS | | 25.28 |
| **Total Pre-Tax Deductions** | | 2,736.10 |

| POST-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| **Total Post-Tax Deductions** | | |

| PAYMENT DETAILS | | Current |
|---|---|---|

| SUMMARY | Current | Year to Date |
|---|---|---|
| TOTAL GROSS | 50.00 | 42,356.82 |
| TOTAL EXPENSE REIMBURSED | 0.00 | 0.00 |
| TOTAL TAXES | 18.33 | 11,076.03 |
| TOTAL OTHER DEDUCTIONS | | 2,736.10 |
| NET PAY | | 28,544.69 |

| EXPENSES | Current |
|---|---|

# CenturyLink™

**Qwest Corporation**

| | | | | | |
|---|---|---|---|---|---|
| Employee Name : | LISA HYLAND | Pay Period : | 07/19/2015 to 08/01/2015 | Current Gross Pay : | 2,489.60 |
| Personnel Number : | 00127521 | Pay Date : | 08/07/2015 | PP #: 16-2015 | Current Net Pay : | 1,714.06 |
| | | Cost Center : | T6002362 | Base Rate : 31.12 | YTD Federal Taxable : | 39,766.49 |

## EARNINGS AND OTHER PAYMENTS

| EARNINGS | Hours | Current | Year to Date |
|---|---|---|---|
| SALARY | 72.00 | 2,240.64 | 34,145.43 |
| PTO | 8.00 | 248.96 | 3,234.97 |
| HOLIDAY | | | 1,450.80 |
| STI | | | 3,395.62 |
| PRIZES & AWARDS | | | 80.00 |
| **Total Gross** | | **2,489.60** | **42,306.82** |

| IMPUTED INCOME | | Current | Year to Date |
|---|---|---|---|
| GROUP TERM LIFE INS TXBLE | | 0.83 | 12.30 |
| STD BENEFIT | | 11.76 | 183.47 |

| LEAVE TYPE | Accruals | Deductions | Balance |
|---|---|---|---|
| PAID TIME OFF (PTO) | 5.32 | 8.00 | (2.32) |

| SUMMARY | | Current | Year to Date |
|---|---|---|---|
| TOTAL GROSS | | 2,489.60 | 42,306.82 |
| TOTAL EXPENSE REIMBURSED | | 0.00 | 0.00 |
| TOTAL TAXES | | 593.23 | 11,057.70 |
| TOTAL OTHER DEDUCTIONS | | 182.31 | 2,736.10 |
| NET PAY | | 1,714.06 | 28,513.02 |

## TAXES AND OTHER DEDUCTIONS

| TAXES | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 319.15 | 6,268.52 |
| SOCIAL SECURITY | 150.00 | 2,553.09 |
| MEDICARE | 35.08 | 597.09 |
| COLORADO WITHHOLDING | 89.00 | 1,639.00 |
| **Total Taxes** | **593.23** | **11,057.70** |

| PRE-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| DOLLARS & \$ENSE (401K) | 99.58 | 1,412.42 |
| HEALTHCARE FSA | 20.00 | 320.00 |
| PRE-TAX MEDICAL INS | 51.64 | 826.24 |
| PRE-TAX DENTAL INS | 9.51 | 152.16 |
| PRE-TAX VISION INS | 1.58 | 25.28 |
| **Total Pre-Tax Deductions** | | **2,736.10** |

| POST-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| **Total Post-Tax Deductions** | 182.31 | |

| PAYMENT DETAILS | | Current |
|---|---|---|
| PUBLIC SERVICE CU | | 1,714.06 |

| EXPENSES | Current | Year to Date |
|---|---|---|

# CenturyLink™

**Qwest Corporation**

| | Pay Period : | 07/05/2015 to 07/18/2015 | Current Gross Pay : | 2,489.60 |
|---|---|---|---|---|
| Employee Name : LISA HYLAND | Pay Date : | 07/24/2015 | PP #: 15-2015 | Current Net Pay : | 1,714.05 |
| Personnel Number : 00127521 | Cost Center : | T6002362  Base Rate : 31.12 | YTD Federal Taxable : | 37,446.61 |

## EARNINGS AND OTHER PAYMENTS

| EARNINGS | Hours | Current | Year to Date |
|---|---|---|---|
| SALARY | 80.00 | 2,489.60 | 31,904.79 |
| PTO | | | 2,986.01 |
| HOLIDAY | | | 1,450.80 |
| STI | | | 3,395.62 |
| PRIZES & AWARDS | | | 80.00 |
| **Total Gross** | | **2,489.60** | **39,817.22** |

| IMPUTED INCOME | | Current | Year to Date |
|---|---|---|---|
| GROUP TERM LIFE INS TXBLE | | 0.83 | 11.47 |
| STD BENEFIT | | 11.76 | 171.71 |

| LEAVE TYPE | Accruals | Deductions | Balance |
|---|---|---|---|
| PAID TIME OFF (PTO) | 5.32 | --- | (0.04) |

| SUMMARY | Current | Year to Date |
|---|---|---|
| TOTAL GROSS | 2,489.60 | 39,817.22 |
| TOTAL EXPENSE REIMBURSED | 0.00 | 0.00 |
| TOTAL TAXES | 593.24 | 10,464.47 |
| TOTAL OTHER DEDUCTIONS | 182.31 | 2,553.79 |
| NET PAY | 1,714.05 | 26,798.96 |

## TAXES AND OTHER DEDUCTIONS

| TAXES | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 319.15 | 5,949.37 |
| SOCIAL SECURITY | 150.01 | 2,403.09 |
| MEDICARE | 35.08 | 562.01 |
| COLORADO WITHHOLDING | 89.00 | 1,550.00 |
| **Total Taxes** | **593.24** | **10,464.47** |

| PRE-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| DOLLARS & SENSE (401K) | 99.58 | 1,312.84 |
| HEALTHCARE FSA | 20.00 | 300.00 |
| PRE-TAX MEDICAL INS | 51.64 | 774.60 |
| PRE-TAX DENTAL INS | 9.51 | 142.65 |
| PRE-TAX VISION INS | 1.58 | 23.70 |
| **Total Pre-Tax Deductions** | **182.31** | **2,553.79** |

| POST-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| **Total Post-Tax Deductions** | | |

| PAYMENT DETAILS | Current |
|---|---|
| PUBLIC SERVICE CU | 1,714.05 |

| EXPENSES | Current | Year to Date |
|---|---|---|

# CenturyLink™

## Qwest Corporation

| | |
|---|---|
| Employee Name : LISA HYLAND | |
| Personnel Number : 00127521 | |

| Pay Period : | 06/21/2015 to 07/04/2015 | Current Gross Pay : | 2,489.60 |
|---|---|---|---|
| Pay Date : | 07/10/2015 | PP #: 14-2015 | Current Net Pay : | 1,714.05 |
| Cost Center : | T6002362 | Base Rate : 31.12 | YTD Federal Taxable : | 35,126.73 |

## EARNINGS AND OTHER PAYMENTS

| EARNINGS | Hours | Current | Year to Date |
|---|---|---|---|
| SALARY | 72.00 | 2,240.64 | 29,415.19 |
| PTO | | | 2,986.01 |
| HOLIDAY | 8.00 | 248.96 | 1,450.80 |
| STI | | | 3,395.62 |
| PRIZES & AWARDS | | | 80.00 |
| **Total Gross** | | **2,489.60** | **37,327.62** |

| IMPUTED INCOME | | Current | Year to Date |
|---|---|---|---|
| GROUP TERM LIFE INS TXBLE | | 0.83 | 10.64 |
| STD BENEFIT | | 11.76 | 159.95 |

| LEAVE TYPE | Accruals | Deductions | Balance |
|---|---|---|---|
| PAID TIME OFF (PTO) | 5.32 | — | (6.37) |

| SUMMARY | | Current | Year to Date |
|---|---|---|---|
| TOTAL GROSS | | 2,489.60 | 37,327.62 |
| TOTAL EXPENSE REIMBURSED | | 0.00 | 0.00 |
| TOTAL TAXES | | 593.24 | 9,871.23 |
| TOTAL OTHER DEDUCTIONS | | 182.31 | 2,371.48 |
| NET PAY | | 1,714.05 | 25,084.91 |

## TAXES AND OTHER DEDUCTIONS

| TAXES | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 319.15 | 5,630.22 |
| SOCIAL SECURITY | 150.01 | 2,253.08 |
| MEDICARE | 35.08 | 526.93 |
| COLORADO WITHHOLDING | 89.00 | 1,461.00 |
| **Total Taxes** | **593.24** | **9,871.23** |

| PRE-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| DOLLARS & $ENSE (401k) | 99.58 | 1,213.26 |
| HEALTHCARE FSA | 20.00 | 280.00 |
| PRE-TAX MEDICAL INS | 51.64 | 722.96 |
| PRE-TAX DENTAL INS | 9.51 | 133.14 |
| PRE-TAX VISION INS | 1.58 | 22.12 |
| **Total Pre-Tax Deductions** | | |

| POST-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| **Total Post-Tax Deductions** | **182.31** | **2,371.48** |

| PAYMENT DETAILS | |
|---|---|
| PUBLIC SERVICE CU | |

| EXPENSES | Current | Year to Date |
|---|---|---|
| | 1,714.05 | |

# CenturyLink™

**Qwest Corporation**

| | Pay Period : | 06/07/2015 to 06/20/2015 | Current Gross Pay : | 2,489.60 |
|---|---|---|---|---|
| Employee Name : LISA HYLAND | Pay Date : | 06/26/2015 | PP #: 13-2015 | Current Net Pay : 1,668.60 |
| Personnel Number : 00127521 | Cost Center : | T6002362 | Base Rate : 31.12 | YTD Federal Taxable : 32,806.85 |

## EARNINGS AND OTHER PAYMENTS

| EARNINGS | Hours | Current | Year to Date |
|---|---|---|---|
| SALARY | 64.00 | 1,991.68 | 27,174.55 |
| PTO | 16.00 | 497.92 | 2,986.01 |
| HOLIDAY | | | 1,201.84 |
| STI | | | 3,395.62 |
| PRIZES & AWARDS | | | 80.00 |
| **Total Gross** | | **2,489.60** | **34,838.02** |

| LEAVE TYPE | Accruals | Deductions | Balance |
|---|---|---|---|
| PAID TIME OFF (PTO) | 5.32 | 16.00 | (11.09) |

| IMPUTED INCOME | Current | Year to Date |
|---|---|---|
| GROUP TERM LIFE INS TXBLE | 0.83 | 9.81 |
| STD BENFIT | 11.76 | 148.19 |

## TAXES AND OTHER DEDUCTIONS

| TAXES | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 357.61 | 5,311.07 |
| SOCIAL SECURITY | 150.00 | 2,103.07 |
| MEDICARE | 35.08 | 491.85 |
| COLORADO WITHHOLDING | 96.00 | 1,372.00 |
| **Total Taxes** | **638.69** | **9,277.99** |

| PRE-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| DOLLARS & SENSE (401K) | 99.58 | 1,113.68 |
| HEALTHCARE FSA | 20.00 | 260.00 |
| PRE-TAX MEDICAL INS | 51.64 | 671.32 |
| PRE-TAX DENTAL INS | 9.51 | 123.63 |
| PRE-TAX VISION INS | 1.58 | 20.54 |
| **Total Pre-Tax Deductions** | **182.31** | **2,189.17** |

| POST-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| **Total Post-Tax Deductions** | **Current** | **Year to Date** |

| SUMMARY | Current | Year to Date |
|---|---|---|
| TOTAL GROSS | 2,489.60 | 34,838.02 |
| TOTAL EXPENSE REIMBURSED | 0.00 | 0.00 |
| TOTAL TAXES | 638.69 | 9,277.99 |
| TOTAL OTHER DEDUCTIONS | 182.31 | 2,189.17 |
| NET PAY | 1,668.60 | 23,370.86 |

| PAYMENT DETAILS | |
|---|---|
| PUBLIC SERVICE CU | |

| EXPENSES | Current | Year to Date |
|---|---|---|
| | Current | Current |
| | 1,668.60 | 1,668.60 |

**CenturyLink™**

| Qwest Corporation | Pay Period : | 05/24/2015 to 06/06/2015 | Current Gross Pay : | 2,489.60 |
|---|---|---|---|---|
| Employee Name : LISA HYLAND | Pay Date : | 06/12/2015 | PP #: 12-2015 | Current Net Pay : | 1,668.58 |
| Personnel Number : 00127521 | Cost Center : | T6002362 | Base Rate : 31.12 | YTD Federal Taxable : | 30,486.97 |

## EARNINGS AND OTHER PAYMENTS

| EARNINGS | Hours | Current | Year to Date |
|---|---|---|---|
| SALARY | 72.00 | 2,240.64 | 25,182.87 |
| PTO | | | 2,488.09 |
| HOLIDAY | 8.00 | 248.96 | 1,201.84 |
| STI | | | 3,395.62 |
| PRIZES & AWARDS | | | 80.00 |
| **Total Gross** | | **2,489.60** | **32,348.42** |

| IMPUTED INCOME | | Current | Year to Date |
|---|---|---|---|
| GROUP TERM LIFE INS TXBLE | | 0.83 | 8.98 |
| STD BENEFIT | | 11.76 | 136.43 |

| LEAVE TYPE | Accruals | Deductions | Balance |
|---|---|---|---|
| PAID TIME OFF (PTO) | 5.32 | --- | (0.42) |

| SUMMARY | | Current | Year to Date |
|---|---|---|---|
| TOTAL GROSS | | 2,489.60 | 32,348.42 |
| TOTAL EXPENSE REIMBURSED | | 0.00 | 0.00 |
| TOTAL TAXES | | 638.71 | 8,639.30 |
| TOTAL OTHER DEDUCTIONS | | 182.31 | 2,006.86 |
| NET PAY | | 1,668.58 | 21,702.26 |

## TAXES AND OTHER DEDUCTIONS

| TAXES | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 357.61 | 4,953.46 |
| SOCIAL SECURITY | 150.01 | 1,953.07 |
| MEDICARE | 35.09 | 456.77 |
| COLORADO WITHHOLDING | 96.00 | 1,276.00 |
| **Total Taxes** | **638.71** | **8,639.30** |

| PRE-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| DOLLARS & $ENSE (401K) | 99.58 | 1,014.10 |
| HEALTHCARE FSA | 20.00 | 240.00 |
| PRE-TAX MEDICAL INS | 51.64 | 619.68 |
| PRE-TAX DENTAL INS | 9.51 | 114.12 |
| PRE-TAX VISION INS | 1.58 | 18.96 |
| **Total Pre-Tax Deductions** | **182.31** | **2,006.86** |

| POST-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| **Total Post-Tax Deductions** | | |

| PAYMENT DETAILS | |
|---|---|
| PUBLIC SERVICE CU | |

| EXPENSES | Current | Year to Date |
|---|---|---|
| | 1,668.58 | |

# CenturyLink™

**Qwest Corporation**

| | Pay Period : | 05/10/2015 to 05/23/2015 | Current Gross Pay : | 2,489.60 |
|---|---|---|---|---|
| Employee Name : LISA HYLAND | Pay Date : | 05/29/2015 | PP #: 11-2015 | Current Net Pay : | 1,668.59 |
| Personnel Number : 00127521 | Cost Center : | T6002362 | Base Rate : 31.12 | YTD Federal Taxable : | 28,167.09 |

## EARNINGS AND OTHER PAYMENTS

### EARNINGS

| | Hours | Current | | Year to Date |
|---|---|---|---|---|
| SALARY | 74.00 | 2,302.88 | | 22,942.23 |
| PTO | 6.00 | 186.72 | | 2,488.09 |
| HOLIDAY | | | | 952.88 |
| STI | | | | 3,395.62 |
| PRIZES & AWARDS | | | | 80.00 |
| **Total Gross** | | **2,489.60** | | **29,858.82** |

### IMPUTED INCOME

| | | Current | | Year to Date |
|---|---|---|---|---|
| GROUP TERM LIFE INS TXBLE | | 0.83 | | 8.15 |
| STD BENEFIT | | 11.76 | | 124.67 |

### LEAVE TYPE

| | Accruals | Deductions | Balance |
|---|---|---|---|
| PAID TIME OFF (PTO) | 5.32 | 6.00 | (6.14) |

### SUMMARY

| | Current | Year to Date |
|---|---|---|
| TOTAL GROSS | 2,489.60 | 29,858.82 |
| TOTAL EXPENSE REIMBURSED | 0.00 | 0.00 |
| TOTAL TAXES | 638.70 | 8,000.59 |
| TOTAL OTHER DEDUCTIONS | 182.31 | 1,824.55 |
| NET PAY | 1,668.59 | 20,033.68 |

### EXPENSES

| | Current | Year to Date |
|---|---|---|

## TAXES AND OTHER DEDUCTIONS

### TAXES

| | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 357.67 | 4,595.85 |
| SOCIAL SECURITY | 150.01 | 1,803.06 |
| MEDICARE | 35.08 | 421.68 |
| COLORADO WITHHOLDING | 96.00 | 1,180.00 |
| **Total Taxes** | **638.70** | **8,000.59** |

### PRE-TAX DEDUCTIONS

| | Current | Year to Date |
|---|---|---|
| DOLLARS & SENSE (401K) | 99.58 | 914.52 |
| HEALTHCARE FSA | 20.00 | 220.00 |
| PRE-TAX MEDICAL INS | 51.64 | 568.04 |
| PRE-TAX DENTAL INS | 9.51 | 104.61 |
| PRE-TAX VISION INS | 1.58 | 17.38 |
| **Total Pre-Tax Deductions** | | |

### POST-TAX DEDUCTIONS

| | Current | Year to Date |
|---|---|---|
| Total Post-Tax Deductions | 182.31 | 1,824.55 |

### PAYMENT DETAILS

| | Current |
|---|---|
| PUBLIC SERVICE CU | 1,668.59 |

**CenturyLink** ™

## Qwest Corporation

| | Pay Period : | 04/26/2015 to 05/09/2015 | Current Gross Pay : | 2,489.60 |
|---|---|---|---|---|
| Employee Name : LISA HYLAND | Pay Date : | 05/15/2015 | PP #: 10-2015 | Current Net Pay : | 1,668.60 |
| Personnel Number : 00127521 | Cost Center : | T6002362 | Base Rate : 31.12 | YTD Federal Taxable : | 25,847.21 |

## EARNINGS AND OTHER PAYMENTS

| EARNINGS | Hours | Current | Year to Date |
|---|---|---|---|
| SALARY | 80.00 | 2,489.60 | 20,639.35 |
| PTO | | | 2,301.37 |
| HOLIDAY | | | 952.88 |
| STI | | | 3,395.62 |
| PRIZES & AWARDS | | | 80.00 |
| **Total Gross** | | **2,489.60** | **27,369.22** |

| IMPUTED INCOME | Current | Year to Date |
|---|---|---|
| GROUP TERM LIFE INS TXBLE | 0.83 | 7.32 |
| STD BENEFIT | 11.76 | 112.91 |

| LEAVE TYPE | Accruals | Deductions | Balance |
|---|---|---|---|
| PAID TIME OFF (PTO) | 5.32 | --- | (5.46) |

| SUMMARY | Current | Year to Date |
|---|---|---|
| TOTAL GROSS | 2,489.60 | 27,369.22 |
| TOTAL EXPENSE REIMBURSED | 0.00 | 0.00 |
| TOTAL TAXES | 638.69 | 7,361.89 |
| TOTAL OTHER DEDUCTIONS | 182.31 | 1,642.24 |
| NET PAY | 1,668.60 | 18,365.09 |

## TAXES AND OTHER DEDUCTIONS

| TAXES | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 357.61 | 4,238.24 |
| SOCIAL SECURITY | 150.00 | 1,653.05 |
| MEDICARE | 35.08 | 386.60 |
| COLORADO WITHHOLDING | 96.00 | 1,084.00 |
| **Total Taxes** | **638.69** | **7,361.89** |

| PRE-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| DOLLARS & SENSE (401K) | | 814.94 |
| HEALTHCARE FSA | 20.00 | 200.00 |
| PRE-TAX MEDICAL INS | 51.64 | 516.40 |
| PRE-TAX DENTAL INS | 9.51 | 95.10 |
| PRE-TAX VISION INS | 1.58 | 15.80 |
| **Total Pre-Tax Deductions** | | |

| POST-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| | 99.58 | |
| **Total Post-Tax Deductions** | **182.31** | **1,642.24** |

| PAYMENT DETAILS | |
|---|---|
| PUBLIC SERVICE CU | |

| EXPENSES | Current | Year to Date |
|---|---|---|
| | | |

| | Current |
|---|---|
| | 1,668.60 |

# CenturyLink™

**Qwest Corporation**

| | |
|---|---|
| Employee Name : LISA HYLAND | |
| Personnel Number : 00127521 | |

| Pay Period : | 04/12/2015 to 04/25/2015 |
|---|---|
| Pay Date : | 05/01/2015   PP #: 09-2015 |
| Cost Center : | T6002362   Base Rate : 31.12 |

| Current Gross Pay : | 2,489.60 |
|---|---|
| Current Net Pay : | 1,668.59 |
| YTD Federal Taxable : | 23,527.33 |

## EARNINGS AND OTHER PAYMENTS

| EARNINGS | Hours | Current | Year to Date |
|---|---|---|---|
| SALARY | 56.00 | 1,742.72 | 18,149.75 |
| PTO | 24.00 | 746.88 | 2,301.37 |
| HOLIDAY | | | 952.88 |
| STI | | | 3,395.62 |
| PRIZES & AWARDS | | | 80.00 |
| **Total Gross** | | **2,489.60** | **24,879.62** |

| IMPUTED INCOME | Current | Year to Date |
|---|---|---|
| GROUP TERM LIFE INS TXBLE | 0.83 | 6.49 |
| STD BENEFIT | 11.76 | 101.15 |

| LEAVE TYPE | Accruals | Deductions | Balance |
|---|---|---|---|
| PAID TIME OFF (PTO) | 5.32 | 24.00 | (11.19) |

| SUMMARY | Current | Year to Date |
|---|---|---|
| TOTAL GROSS | 2,489.60 | 24,879.62 |
| TOTAL EXPENSE REIMBURSED | 0.00 | 0.00 |
| TOTAL TAXES | 638.70 | 6,723.20 |
| TOTAL OTHER DEDUCTIONS | 182.31 | 1,459.93 |
| NET PAY | 1,668.59 | 16,696.49 |

| EXPENSES | Current | Year to Date |
|---|---|---|
| | 1,668.59 | |

## TAXES AND OTHER DEDUCTIONS

| TAXES | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 357.61 | 3,380.63 |
| SOCIAL SECURITY | 150.01 | 1,503.05 |
| MEDICARE | 35.08 | 351.52 |
| COLORADO WITHHOLDING | 96.00 | 988.00 |
| **Total Taxes** | **638.70** | **6,723.20** |

| PRE-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| DOLLARS & $ENSE (401K) | 99.58 | 715.36 |
| HEALTHCARE FSA | 20.00 | 180.00 |
| PRE-TAX MEDICAL INS | 51.64 | 464.76 |
| PRE-TAX DENTAL INS | 9.51 | 85.59 |
| PRE-TAX VISION INS | 1.58 | 14.22 |
| **Total Pre-Tax Deductions** | **182.31** | **1,459.93** |

| POST-TAX DEDUCTIONS | Current | Year to Date |
|---|---|---|
| **Total Post-Tax Deductions** | **Current** | **Year to Date** |

| PAYMENT DETAILS | |
|---|---|
| PUBLIC SERVICE CU | |